UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:21-cv-1150 |
| | ) |
| Fairfax Police Officer #1, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR EXPEDITED DISCOVERY and WAIVER OF HEARING

Plaintiff Jane Doe has moved for leave to serve expedited discovery on the Fairfax County Police Department and if necessary the Federal Bureau of Investigation in order to determine the correct names and last known addresses of defendants Fairfax Police Officers ##1 and 2, who must be served by their true names in order to be brought into this case. In support of this motion, Jane Doe respectfully represents as follows:

In this lawsuit, Jane Doe seeks damages resulting from being trafficked to and in the United States for purposes of prostitution, mostly in Fairfax County. On information and belief, defendants Fairfax Police Officers ##1 and 2 were officers with the Fairfax County Police Department who were customers of Jane Doe and also provided security to the trafficking ring. The Fairfax County Police Department, which employed the defendants, can presumably provide their correct names as well as last known addresses. On information and belief, the FBI's Public Corruption Division investigated the defendants' involvement in the sex trafficking enterprise at issue, and is also aware of the identities of these defendants. Counsel attempted to obtain the true identities of Fairfax Police Officers ##1 and 2 from the Police Department and then from the FBI, but to no avail.

In order to ensure that Fairfax Police Officers ##1 and 2 be brought before the Court and have a full opportunity to defend, it is necessary for them to be identified and properly served as promptly as possible. Thus this motion. Jane Doe l proposes serve the Police Department alone with its discovery request, and to serve the F.B.I. only if this information is not forthcoming from the Police Department.

The court has "wide latitude" in controlling discovery, *Physicians Interactive v. Lathian Sys., Inc.*, 2003 WL 23018270, at *4 (E.D. Va. Dec. 5, 2003) (quoting *Rowland v. Am. Gen. Fin., Inc.*, 340 F.3d 187, 195 (4th Cir. 2003)), and may permit expedited discovery in the interests of justice. *Cell Film Holdings, LLC v. Does*, 2016 WL 7494319, at *5 (E.D. Va. Dec. 30, 2016) (granting discovery to ascertain defendant John Doe's identity). There is no cognizable prejudice to any person or entity in permitting the identification of the officers at issue.

<u>Conclusion and Waiver of Hearing</u>

For these reasons, Jane Doe's motion for expedited discovery of the identity and addresses of Fairfax Police Officers ##1 and 2 should be granted. Jane Doe waives a hearing on this motion and requests its adjudication on the papers. This motion and a copy of the complaint are being served electronically on the assistant county attorney who routinely represents the county police.

    Respectfully submitted,

    JANE DOE,

    By counsel

Dated: October 12, 2021

Counsel for Plaintiff:


//s// Victor M. Glasberg
Victor M. Glasberg, #16184
Nickera S. Rodriguez, #95952
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314
703.684.1100 / Fax: 703.684.1104
vmg@robinhoodesq.com
nsr@robinhoodesq.com
**Jane Doe\Pleadings\MExpediteDiscoveryWaiveHearing**

---

## Certificate of Service

I, Victor M. Glasberg, hereby certify that on this 12th day of October 2021, I electronically filed the foregoing Motion for Expedited Discovery and Waiver of Hearing with the clerk of the court, and also emailed a copy, plus a copy of the complaint, to:

> Kimberly Baucom, Esq.
> Senior Assistant County Attorney
> kimberly.pace.baucom@fairfaxcounty.gov

//s// Victor M. Glasberg
Victor M. Glasberg, #16184
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314
(703) 684-1100 / Fax: 703-684-1104
vmg@robinhoodesq.com

Counsel for Plaintiff