IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | )   Civil Action No. 1:21cv1150 (AJT/JFA) |
| | ) |
| FAIRFAX POLICE OFFICER #1, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## ORDER

On October 12, 2021, plaintiff filed a motion for expedited discovery and waiver of hearing and emailed a copy of the motion to anticipated counsel for defendants. (Docket no. 4). The fourteen-day period for any response to this motion has expired and no response or opposition has been filed. This motion seeks leave to serve discovery on the Fairfax County Police Department and, if necessary, the Federal Bureau of Investigation in order to determine the correct names and last known addresses for Fairfax Police Officers #1 and #2 as described in the complaint. Having reviewed the motion, the court finds that plaintiff's request should be granted in part. Plaintiff shall be given leave to serve discovery requests to the Fairfax County Police Department for the limited purpose of obtaining the correct names and information sufficient to serve Fairfax Police Officers #1 and #2 with a summons and complaint. In the unlikely event plaintiff is unable to obtain this information from the Fairfax County Police Department, plaintiff may renew the request to serve discovery on the Federal Bureau of Investigation. For these reasons, it is hereby

ORDERED that the motion for expedited discovery is granted in part and denied in part.

Entered this 27th day of October, 2021.

                                                   /s/
                                      John F. Anderson
                                      United States Magistrate Judge

Alexandria, Virginia