UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 1:21-cv-1150 (AJT/JFA) |
| | ) |
| FAIRFAX POLICE OFFICER No. 1, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

NOTICE OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER

Following and in light of consultations with the office of the United States Attorney for the Eastern District of Virginia, plaintiff Jane Doe withdraws her motion for protective order. The withdrawal is without prejudice, in the unlikely event that relief from the court should be needed in the future.

                                    Respectfully submitted,

                                    JANE DOE,

                                    By counsel

Dated:  December 29, 2021

Counsel for Plaintiff:

//s// Victor M. Glasberg_____
Victor M. Glasberg, #16184
Nickera S. Rodriguez, #95952
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314
703.684.1100 / Fax: 703.684.1104
vmg@robinhoodesq.com
JaneDoe\Pleadings\NWithdrawalMProtectiveOrder

## Certificate of Service

I, Victor M. Glasberg, hereby certify that on this 29th day of October 2021, I filed the foregoing Notice fo Withdrawal of Motion for Protective Order with the clerk of the court via the court's ECF system, and sent copies by email to:

Kimberly Baucom, Esq.
kimberly.pacebaucom@fairfaxcounty.gov.

and

Dennie Barghaan
Dennis.Barghaan@usdoj.gov.

                                              //s// Victor M. Glasberg
                                              Victor M. Glasberg, #16184
                                              Victor M. Glasberg & Associates
                                              121 S. Columbus Street
                                              Alexandria, VA 22314
                                              703. 684.1100 / Fax: 703.684.1104
                                              vmg@robinhoodesq.com

                                              Counsel for Plaintiff