# UNITED STATES DISTRICT COURT
# CIVIL MOTION MINUTES

Date: **5/6/2022**           Judge: **Trenga/(JFA)**
Time: **10:55 - 12:00**      Reporter: **R. Montgomery**

Civil Action Number: **1:21-cv-1150**

**DOE**

**V.**

**FAIRFAX POLICE OFFICER #1, ET AL**

Appearances of Counsel for Plaintiff and Defendant

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| **Victor Glasberg** | **Matthew Roberson** |
| | **Kimberly Baucom** |

Motion to/for:
[37] Motion to Dismiss for Failure to State a Claim by deft.
[40] Motion to Dismiss for Failure to State a Claim by deft.

Argued and
(  ) Granted      (  ) Denied      (  ) Granted in part/Denied in part
(**X**) Taken Under Advisement      (  ) Continued to

(**X**) Order to Follow