AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 1:21-cv-1150 (AJT/JFA)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Hazel Sanchez
on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named individual as follows: I gave subpoena to concierge (Lavell Clayton) after Hazel Sanchez directed him by phone to accept subpoena which she would later get from him.
on *(date)* 15 Jul 2022 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ 75.00 .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 15 Jul 2022

*Server's signature*

Douglas Bradley, paralegal / process server
*Printed name and title*

121 S. Columbus Street
Alexandria, VA 22314
*Server's address*

Additional information regarding attempted service, etc.:

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Jane Doe | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  1:21-cv-1150 (AJT/JFA) |
| | ) | |
| Fairfax Police Officer #1 et al. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Hazel Sanchez Cerdas
5661 3rd Street, N.E., Apt. 480, Washington, DC 20011
*(Name of person to whom this subpoena is directed)*

☑ **Testimony:** YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Office of the Fairfax County Attorney 12000 Gov't Center Pkway, #549, Fairfax VA 22035 | Date and Time: 08/29/2022 10:00 am |
|---|---|

The deposition will be recorded by this method: Court reporter

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:
   1. The statement of facts and your plea agreement in US v. Sanchez Cerdas, 1:19-cv-65-LO
   2. Any and all evidence of communications between yourself and any Fairfax COunty police officer in the period 2010-2018, including Michael Barbazette, Jason Mardocco, Edwin Roessler, James Baumstark and VIncent Scianna.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 07/15/2022

*CLERK OF COURT*                              OR              *Attorney's signature*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Jane Doe , who issues or requests this subpoena, are:
Victor M. Glasberg, 121 S. Columbus Street, ALexandria, VA 22314, vmg@robinhoodesq.com, 703.684.1100

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).