AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Jane Doe )<br>_Plaintiff_ )<br>v. )<br>Fairfax Police Officer #1 )<br>_Defendant_ ) | Civil Action No. 1:21-cv-1160 |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   John Walser, Dep. Chief, or Custodian of Records, Office of the Fairfax County Fire Marshall
12099 Gov't Center Parkway, Fairfax, VA 22035

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Schedule A attached hereto.

| Place: 121 S. Columbus St., Alexandria, VA 22314 OR<br>via email to: vmg@robinhoodesq.com OR<br>via fax to 703.684.1104 | Date and Time:<br>09/09/2022 12:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  08/15/2022

_CLERK OF COURT_

_____              OR              _____
*Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Jane Doe , who issues or requests this subpoena, are:

Victor M. Glasberg, 121 S. Columbus St., Alexandria, VA 22314, vmg@robinhoodesq.com, 703.684.1100

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:21-cv-1160

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* John Walser or Custodian of Records Fire Marshal's Office

on *(date)* 08/15/2022 .

☑ I served the subpoena by delivering a copy to the named person as follows: ~~Sarah Quinn~~ PB

Jessica Love

on *(date)* 8/15/2022 ; or

☐ I returned the subpoena unexecuted because: 

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/15/2022

*Server's signature*

Douglas Bradley, process server
*Printed name and title*

122 S. Columbus St.
Alexandria, VA 22314
Telephone: 703.684.1100
*Server's address*

Additional information regarding attempted service, etc.: