UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>FAIRFAX POLICE OFFICER #1, et al.,<br><br>    Defendants. | CASE NO.: 1:21-cv-1150-AJT-JFA |

## NOTICE OF APPEARANCE

Please take notice that Vincent Shier, Virginia State Bar Number 71446, of the law firm of Haynes and Boone, LLP, hereby enters an appearance as counsel for non-party Ms. Hazel Marie Sanchez Cerdas (Ms. Sanchez Cerdas is identified on the electronic docketing system as an "interested party," but she is not a party to this action). The parties deposed Ms. Sanchez Cerdas on August 29, 2022 in her capacity as a third-party witness, and on September 9, 2022, Defendants filed a motion to compel further testimony from Ms. Sanchez Cerdas. [*See* Dkt. 118]. Ms. Sanchez Cerdas will be opposing that motion by the Court-ordered deadline of September 16, 2022. [Dkt. 121].

Dated: September 13, 2022

                                            Respectfully submitted,

                                            By: */s/ Vincent Shier*
                                                Vincent Shier (VSB No. 71446)
                                                **HAYNES AND BOONE, LLP**
                                                800 17th Street, Suite 500
                                                Washington, DC 20006
                                                Tel: 202-654-4530
                                                Fax: 202-654-4501
                                                vincent.shier@haynesboone.com

                                                *Counsel for Non-Party Ms. Hazel Marie*
                                                *Sanchez Cerdas*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 13, 2022, a true and correct copy of the foregoing NOTICE OF APPEARANCE was filed with the Clerk of the Court using the CM/ECF system, which will send a Notification of Electronic Filing to all counsel of record.

*/s/ Vincent Shier*
Vincent Shier (VSB No. 71446)
**HAYNES AND BOONE, LLP**
800 17th Street, Suite 500
Washington, DC 20006
Tel: 202-654-4530
Fax: 202-654-4501
vincent.shier@haynesboone.com

*Counsel for Non-Party Ms. Hazel Marie Sanchez Cerdas*
