UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case #1:21-cv-1150 (AJT/JFA) |
| | ) |
| FAIRFAX POLICE OFFICER #1, *et al.* | ) |
| | ) |
| Defendants. | ) |

Exhibit 15

# FILED UNDER SEAL

PLAINTIFF'S EXHIBIT
15