**In the Matter of:**

**Jane Doe**
**v.**
**Barbazette, et. al.**

**William Woolf**

August 31, 2022



Court Reporting
Videography
Videoconferencing

Phone: 703-837-0076
Fax: 703-837-8118
Toll Free: 877-837-0077

1010 Cameron Street
Alexandria, VA 22310
transcript@casamo.com

```
1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF VIRGINIA
2                  (Alexandria Division)

3

4      ------------------------------------:
       JANE DOE,                           :
5                                          :
                    Plaintiff,             :
6                                          : Case No.:
            v.                             : 1:21-cv-1150
7                                          :
       FAIRFAX POLICE OFFICER #1, et al.,  :
8                                          :
                                           :
9                   Defendants.            :
       ------------------------------------:
10
                                    Fairfax, Virginia
11
                          Wednesday, August 31, 2022
12
       Videotaped Deposition of:
13

14                  WILLIAM WOOLF,

15     called for examination by counsel on behalf of

16     defendants, pursuant to Notice, at the County Office

17     Building, 12000 Government Center Parkway, Suite

18     549, Fairfax, Virginia, at approximately 10:02 a.m.,

19     before Christina Patino, a Certified Verbatim

20     Reporter, and Notary Public in and for the

21     Commonwealth of Virginia, when were present on

22     behalf of the respective parties.
```

```
 1                  A P P E A R A N C E S

 2    On behalf of Plaintiff:

 3         VICTOR M. GLASBERG, ESQUIRE
           Victor M. Glasberg & Associates
 4         121 S. Columbus Street
           Alexandria, Virginia 22314
 5         (703) 684-1100

 6
      On behalf of Defendants Edwin Roessler, James
 7    Baumstark, and Vincent Scianna.:

 8         KIMBERLY P. BAUCOM, ESQUIRE
           12000 Government Center Parkway
 9         Suite 549
           Fairfax, Virginia 22035
10         (703) 324-2704

11
      On behalf of Defendants Jason Mardocco and Mike
12    Barbazette.:

13         HEATHER K. BARDOT, ESQUIRE
           McGavin, Boyce, Bardot, Thorsen & Katz, PC.
14         9990 Fairfax Boulevard
           Suite 400
15         Fairfax, Virginia 22030
           (703) 385-1000
16
17    On behalf of William Woolf:

18         STEPHEN COCHRAN, ESQUIRE
           Roeder, Cochran, Phillips, PLLC
19         8280 Greensboro Drive
           Suite 550
20         McLean, Virginia 22102
           (703) 749-6050
21
22    ALSO PRESENT:  Bill Casamo, Videographer
```

 1  police department?

 2      A    That's correct.

 3      Q    Were the circumstances or, I guess, did

 4  the information that you received include

 5  information that Barbazette had been placed on

 6  administrative leave?

 7      A    I don't recall if that was -- I mean,

 8  possibly.

 9      Q    During those conversations did you also

10  hear information or discuss Jason Mardocco?

11      A    I wasn't -- I wasn't familiar with

12  Mr. Mardocco.  It may have been mentioned that

13  there was another individual involved, but to the

14  best of my recollection, I did not work alongside

15  Mr. Mardocco during my employment with the police

16  department.

17      Q    When did you leave the police department?

18  When did you resign?

19      A    The -- September 30th, 2017.

20      Q    Prior to you calling Mr. Glasberg to let

21  him know that you had knowledge about the case, had

22  you ever met him before?

```
 1        Q    All right.  So let me rephrase the

 2   question.  All of the people who became defendants

 3   in this lawsuit were people whose names you

 4   provided to Mr. Glasberg, correct?

 5        A    Yes, I did provide those names.

 6        Q    All right.  And with regard to

 7   Barbazette, who I'll talk with you about later.

 8   Put him aside for a minute.  My other client,

 9   Mardocco, what prompted you to provide his name to

10   Mr. Glasberg?

11             MR. GLASBERG:  Object to the form of the

12   question, but go -- go ahead and answer if you can.

13             THE WITNESS:  I -- I don't believe I

14   provided that name.

15   BY MS. BARDOT:

16        Q    Okay.  So that is not a name that you

17   suggested or spoke about with Mr. Glasberg?

18        A    No, ma'am.

19   █████████████████████████████████████████████████

20   █████████████████████████████████████████████████

21   █████████████████████████████████████████████████

22   ████████████████████████████   Is that accurate?
```

```
 1        A     Correct, I have no direct knowledge.

 2        Q     Okay.  And did you even know Mardocco

 3   when you worked at the department?

 4        A     I -- I don't recall him from my time at

 5   the --

 6        Q     Okay.

 7        A     -- police department.

 8        Q     All right.  So to the extent that you

 9   have provided information that's contained within

10   the second amended complaint, your information does

11   not pertain to Mr. Mardocco?

12        A     Correct.

13        Q     Okay.  And then I'm going to show you

14   what's been -- what's going to be marked as the

15   next exhibit.

16             MS. BARDOT:  It should be 39.

17             (Woolf Exhibit Number 39 was marked for

18             identification.)

19   BY MS. BARDOT:

20        Q     And I'll represent to you that this is

21   the first amended complaint that was filed on

22   December 16, 2021.  And if you turn to page six, in
```

```
 1              MS. BARDOT:  Is it 40?

 2              THE WITNESS:  39.  Or no.  40.  You're

 3      right.  I'm sorry.

 4              MS. BARDOT:  Okay.

 5              (Woolf Exhibit Number 40 was marked for

 6              identification.)

 7      BY MS. BARDOT:

 8         Q    Look through this document, if you would,

 9      and when you're done perusing it, let me know.

10         A    Yes.

11         Q    Do you recognize anything listed on

12      Exhibit 40 to be a class which you taught at the

13      Fairfax County Criminal Justice Academy?

14         A    Specific to human trafficking?

15         Q    Yes.

16         A    I -- I -- I'm not sure what these generic

17      human trafficking ones are.  It -- it's very

18      difficult to tell from this --

19         Q    Okay.

20         A    -- without context.

21         Q    Did Jason Mardocco ever attend any class

22      that you gave at the Fairfax County Criminal
```

```
 1   Justice Academy that touched on the topic of human

 2   sex trafficking?

 3        A    I do not know.

 4        Q    How about Barbazette?

 5        A    He was with me for some of the roll call

 6   trainings and --

 7        Q    Okay.  My question is specific to the

 8   academy.

 9        A    Oh, to the academy.  So he would have

10   been there during the gang school when I taught

11   a -- a block on trafficking.

12        Q    Okay.  When was that?

13        A    I would have to look.  I don't know.  We

14   taught gang school, I think, twice a year.

15        Q    And how do you know he would have been

16   there?

17        A    Because he would routinely come to the

18   classes.

19        Q    Okay.  You haven't looked at his training

20   records to see what he was actually at, have you?

21        A    Well, there wouldn't be a training record

22   for that because as the supervisor of the unit, he
```

```
 1   would just come as the supervisor.  He wouldn't

 2   register for that course.

 3        Q    Okay.  So you wouldn't be able to say

 4   what courses, if any, he was actually at, correct?

 5        A    No, I can't.

 6        Q    And you wouldn't know if he came to one

 7   of those twice-a-year events, whether he stayed for

 8   part of it or all of it, correct?

 9        A    Correct.

10        Q    And so if Mike Barbazette said that he

11   did not receive training at the Fairfax

12   caddy (sic) -- Fairfax County Criminal Justice

13   Academy on human sex trafficking, you wouldn't know

14   whether that's true or not, correct?

15        A    I do recall him being there when I taught

16   my class and -- as part of the gang school.

17        Q    When?

18        A    He was not a registered participant.

19        Q    Okay.  When?

20        A    I'd -- I'd have to think on the date.  I

21   have -- I have no idea because we taught it so many

22   times.
```

```
 1        Q    How many times do you recall him being
 2   present at the academy when you gave a talk on
 3   human sex trafficking?
 4        A    One.
 5        Q    Okay.  And with respect to the roll call
 6   trainings, how many times did you give any sort of
 7   roll call training on human sex trafficking?
 8        A    I don't have a specific number.  It was
 9   quite a bit.
10        Q    All right.  That doesn't help me.  Can
11   you give me an estimate?
12        A    So there are -- let's see.  There's eight
13   district stations with six squads per station.
14   Eight times six, anyone?  Sorry.
15             MR. COCHRAN:  Forty-eight.
16             THE WITNESS:  All right.  So I would
17   get -- I estimate half of those, 24.
18   BY MS. BARDOT:
19        Q    I don't understand what -- what that
20   means, 24.  My question was:  How many times did
21   you give roll call training on --
22        A    Twenty-four.
```

1      Q    And are you able to tell me whether or

2  not Jason Mardocco attended any one of those roll

3  call trainings that you gave where you talked about

4  human sex trafficking?

5      A    I'm not able to tell you that.

6      Q    How about Mike Barbazette?

7      A    Yes.

8      Q    Okay.  When?

9      A    I -- I couldn't give you a specific time,

10  but I do recall him being -- excuse me, at -- at

11  two of the trainings.

12      Q    Where were they?

13      A    One was in McLean, at the McLean District

14  Station, and the other one, I believe, was the

15  Mount Vernon District Station.

16      Q    Okay.  And do you know whether he

17  actually sat through and listened to your roll call

18  trainings on those two occasions?

19      A    Yes, ma'am.

20      Q    But you can't tell me when?

21      A    I can't remember the exact dates, no,

22  ma'am.

```
 1        A     They -- they move around, but at the time

 2   it was in Arizona.

 3        Q     When did you do that?

 4        A     2014, '15, maybe.

 5        Q     Would it be fair to say over the course

 6   of time you've had hundreds of hours of training on

 7   human trafficking?

 8        A     I -- I don't know that that's fair.

 9        Q     Over 100?

10        A     I -- I -- I don't know.

11        Q     Okay.  More than 50?

12        A     Possibly.

13        Q     Okay.  And as best you know, Mike

14   Barbazette has had maybe two and a half hours?

15        A     Of formal training, yes, ma'am.

16        Q     Okay.  Do you know about any other

17   training that you believe Mike Barbazette to have

18   received on human trafficking?

19        A     Other -- other than multiple

20   conversations that he and I had about my work.

21        Q     Well, that wasn't training, was it?

22        A     No, ma'am.
```

```
 1    your expert opinions that you're going to offer?

 2         A    Yes, ma'am.

 3         Q    All right.  And as I understood you

 4    before, in order to draw any expert opinions,

 5    you've not reviewed the case file from the FBI

 6    related to Barbazette or Mardocco, correct?

 7         A    Correct.

 8         Q    And in order to provide expert opinion,

 9    you've not reviewed anything related to the Sanchez

10    criminal file, correct?

11         A    Correct.

12         Q    And you haven't reviewed really anything

13    other than some personnel records and the

14    complaint, correct?

15         A    And the -- the images.

16         Q    And the images of the plaintiff in this

17    case and Hazel Sanchez to see if you recognize

18    them?

19         A    Yes, ma'am.

20         Q    Okay.  That's the extent of what you did?

21         A    And the addresses that we spoke about

22    earlier.
```

```
 1        Q    Which were addresses where the plaintiff

 2   claims to have been victimized?

 3        A    Yes, ma'am.

 4        Q    Okay.  You haven't even talked to the

 5   plaintiff, right?

 6        A    Correct.

 7        Q    Okay.  And it says here in this first

 8   paragraph, second sentence -- oh, third sentence,

 9   "At the time I resigned my employment" -- from

10   Fairfax County -- "in order to be able to pursue my

11   professional goals related to human trafficking

12   abatement."  Do you see that?

13        A    Yes, ma'am.

14        Q    When you resigned, you went to work for

15   whom?

16        A    MSCI.

17        Q    And what did you do there?

18        A    I was -- my title was vice president of

19   training, and my role was to develop and deploy

20   training relative to human trafficking.

21        Q    Okay.  And how long did you stay there?

22        A    About a year.
```

William Woolf                                                         8/31/2022

```
 1        A    Yes, ma'am.

 2        Q    Who trained you that?

 3        A    That was -- that's standard training

 4   within the human trafficking space.  I'm sure it

 5   was part of the Advanced Human Trafficking

 6   Investigator School, as well as some of the other

 7   courses that I've taken.

 8        Q    Did you teach that particular con- -- did

 9   you teach that particular concept at any of these

10   roll call trainings?

11        A    Yes, ma'am.

12        Q    And can you tell me whether you taught

13   that at all of the roll call trainings?

14        A    Yes, ma'am.

15        Q    Okay.  And so you think the default is if

16   somebody's in the commercial sex industry, by

17   default they're trafficked?

18        A    I think that it should be viewed

19   defaultly (sic) until proven otherwise.

20        Q    Okay.  And in this case you've done

21   nothing to determine whether Jane Doe was

22   trafficked or it could be determined otherwise,
```

1   correct?

2        A      Correct.

3        Q      And then you go on to say, "There were

4   indeed few sex workers who were consenting

5   participants."  Do you see that?

6        A      What paragraph, ma'am?

7        Q      We're still on five.

8        A      Okay.

9        Q      So it says, "This was the proper default

10  assumption, given the sordid nature of this

11  business, the omnipresence of organized gangs and

12  sex trafficking organizations, and the fact that

13  there were indeed few sex workers who were

14  consenting" --

15       A      Yes.

16       Q      -- "participants."

17       A      Thank you.

18       Q      Sure.  Where do you derive that

19  conclusion that "there were few sex workers who

20  were consenting participants"?

21       A      I -- I derive that from my knowledge

22  through investigations and interviewing sex workers

1      A    Yes, ma'am.

2      Q    You talked earlier about the addresses

3  that Mr. Glasberg spoke to you about.  Are these

4  those addresses?

5      A    Yes, ma'am.

6      Q    All right.  And you don't have any

7  recollection of being at any of those particular

8  addresses, do you?

9      A    Not the exact addresses.

10      Q    All right.  And with regard to the people

11  who are listed here, Andrea Fairfax, et cetera, you

12  don't have any factual information to suggest that

13  you've ever been in contact with any of these

14  persons, do you?

15      A    That's correct.

16      Q    And do you know who Andrea Fairfax is?

17      A    I do not.

18      Q    Have you ever spoken with Hazel Sanchez?

19      A    No, ma'am.

20      Q    To your knowledge, have you ever spoken

21  with any of the people listed here in paragraph

22  seven?

```
 1        A    Not to my knowledge.

 2        Q    It says in paragraph eight, "While I was

 3   at the FCPD, a few police personnel, who had been

 4   trained on sex trafficking, nevertheless actively

 5   discouraged me from pursuing any (sic) ongoing

 6   investigation of sex trafficking in Fairfax."  Do

 7   you see that?

 8        A    Yes, ma'am.

 9        Q    The actively discouraged -- the active

10   discouragement, is that what we've already talked

11   about?

12        A    Yes, ma'am.

13        Q    And when you refer to "a few police

14   personnel," who are you speaking of?

15        A    I believe I go on to say the two officers

16   I recollect were Sergeant Mike Barbazette and

17   Captain James Baumstark.

18        Q    Okay.  And as -- with respect to the

19   training that you gave to Mike Barbazette or the

20   training you are aware of that he had received,

21   we've already talked about that, correct?

22        A    Yes, ma'am.
```

1      Q    And so when you say in paragraph nine

2    that, "Sergeant Barbazette had been fully trained

3    on Fairfax's sex trafficking problems," tell me

4    what you mean by that.

5      A    I -- I went on to explain that because

6    I -- I trained him so that he was in some of those

7    trainings that we've -- we've already talked about,

8    and then as I go on to say, "In several private

9    discussions with him I explained and gave examples

10   of how our local adult sex workers were almost

11   entirely trafficked women, largely from

12   Spanish-speaking or other foreign countries."

13     Q    All right.  And that in your mind is

14   fully -- being fully trained on sex trafficking

15   problems in Fairfax County?

16     A    I -- I believe so, yes.

17   ████████████████████████████████████████████████

18   ████████████████████████████████████████████████

19   ████████████████████████████████████████████████

20   ██████████████████████████████████  Are we

21   talking about this one person?

22     A    Yes, ma'am.

```
 1        A     Based on training that -- that I had

 2   provided throughout the police department, as well

 3   as former Chief Rohrer was vocal on the issue as

 4   well.

 5        Q     Okay.  How many officers were at Fairfax

 6   County when you were there?

 7        A     I -- I would be taking a guess, but more

 8   than 1,000.

 9        Q     All right.  And so when you said most of

10   those officers had been trained on sex trafficking,

11   what does that mean?

12        A     That -- that we had trained the majority

13   in some form or fashion.  In some capacity we had

14   provided training relative to this particular

15   issue.

16        Q     Right.  But I want to know what "most"

17   means to you in that context, if there are 1,000

18   officers.

19        A     I -- I don't know.

20        Q     As you sit here today, are you able to

21   give me any factual information to state how many

22   officers at Fairfax County had actually been
```

```
 1   trained on sex trafficking?

 2       A    Not specific numbers.

 3       Q    Okay.  And what is the basis for your

 4   comment that, "I find it ludicrous for any trained

 5   FCPD officer not to assume that our local adult sex

 6   workers had been trafficked unless sufficient proof

 7   to the contrary was apparent"?

 8       A    Because it was in the training itself

 9   that that was not the -- the appropriate approach.

10       Q    Anything else?

11       A    No.  I think that the -- the comments

12   referencing those that had gone through training.

13       Q    Okay.  And whether there's "sufficient

14   proof to the contrary in this case," you don't know

15   because you haven't looked at any materials, right?

16       A    That's correct.

17       Q    And whether or not Mike Barbazette knew

18   of any particular sex trafficking venture in

19   Fairfax County, you also don't know that, correct?

20       A    Can you ask the question again?  I'm

21   sorry.

22       Q    Sure.  Are you aware whether Mike
```

```
 1    of the victims of those or the suspects?

 2         A    I would have to -- I'd have to think.

 3    Suspects, Michael Mains.  You put me on the spot

 4    here with these names.  Michael -- what was

 5    Michael's last name?  There's another Michael --

 6    was involved in that case.  Oh, my goodness.  I'm

 7    just drawing a blank on -- on those names.

 8         Q    Are you ever aware of Mike Barbazette

 9    having any interactions with any persons he knew to

10    be involved in a sex trafficking venture?

11         A    Can you say that one more time?

12         Q    Are you aware of Mike Barbazette ever

13    having any interactions with persons he knew or

14    should have known to be involved in a sex

15    venture -- sex trafficking venture?

16         A    No direct knowledge.

17         Q    Okay.  And would the answer be the same

18    as to Mardocco?

19         A    Correct.

20

21

22
```



1

          Do you see that?

6        A    I do.

7        Q    You've not looked at that documentation,

8   correct?

9        A    Correct.

10       Q    And so any information you've been

11  provided would be secondhand?

12       A    Yes, ma'am.

13       Q    And whether or not that documentation

14  supports what's -- what is stated here, you don't

15  know because you haven't seen it, right?

16       A    Correct.

17       Q    And you wouldn't know if Barbazette had

18  any contact with Hazel Sanchez when that occurred,

19  correct?

20       A    Say that one more time.  Sorry.

21       Q    If Barbazette had any contact with Hazel

22  Sanchez, you would not know when that occurred,

```
 1   correct?

 2       A    Correct.

 3       Q    And you would -- the answer would be the

 4   same for Mardocco, right?

 5       A    Correct.

 6       Q    And you don't have any information to

 7   suggest that Sergeant Barbazette knew the plaintiff

 8   in this case, correct?

 9       A    Correct.

10       Q    Or knew that she was allegedly involved

11   in a sex trafficking ring, correct?

12       A    Correct.

13       Q    And your answers to those two questions

14   would be the same for Mardocco, correct?

15       A    Correct.

16       Q    You go on to say, "I find it hard to

17   believe that they" -- speaking about Barbazette and

18   Mardocco -- "did not know the women working for

19   her" -- Hazel Sanchez -- "had been trafficked."

20   What's the basis for that statement?

21       A    All of what we've talked about up to this

22   point that, you know, it -- it was discussed,
```

William Woolf                                    8/31/2022

```
 1   individuals were trained, the former chief talked

 2   about it openly.  And police officers are trained

 3   to look for victimized people, and so it -- it

 4   seems hard for me to believe that somebody would

 5   not look at that situation, know that trafficking

 6   exists in Fairfax County and not try to determine

 7   if they were a victim before assuming they were a

 8   consenting participant.

 9        Q    All right.  But you don't even know if

10   Barbazette or Mardocco knew that any women worked

11   for Hazel Sanchez, do you?

12        A    I do not know that.

13        Q    All right.  Give me just a minute.

14        A    Yes, ma'am.

15             MS. BARDOT:  Let's go off for about five

16   minutes.

17             THE VIDEOGRAPHER:  Going off the record

18   at 5:09.

19             (Brief recess.)

20             THE VIDEOGRAPHER:  Back on the record at

21   5:15.

22   BY MS. BARDOT:
```

```
 1   believed that there were other Fairfax County

 2   police officers as opposed to just officers

 3   extorting sex from the trafficking enterprises?

 4       A    I don't recall if that distinction was

 5   made.

 6       Q    Okay.  When you read this paragraph,

 7   then, did you take note of the fact that it said

 8   that there were victims who have reported multiple

 9   Fairfax County police depart- -- police officers

10   involved in this activity?

11       A    I think I read it in the context that we

12   just discussed.

13       Q    Okay.  All right.  So as you sit here

14   today, the only -- you only had one victim give you

15   one name of a Fairfax County Police Department

16   officer who allegedly was extorting sex from the

17   trafficking enterprise, right?

18       A    That's correct.

19       Q    And that person was not one of the

20   defendants in this case?

21       A    That correct.

22       Q    Okay.
```