**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

JANE DOE,
Plaintiff,

v.                                                          Case No.:  1:21cv1150(AJT/JFA)

FAIRFAX POLICE OFFICER #1, *et al.*,
Defendants.

**<u>Addendum</u> to Expert Report of Dr. Kimberly Mehlman-Orozco**
**CEO of Break the Chain LLC**
**15920 Fairway Drive**
**Dumfries, Virginia 22025**
**(703) 362-9405**

_(signature)_

**SUBMITTED BY DR. KIMBERLY MEHLMAN-OROZCO under penalty of perjury on July 13, 2022[1].**



---

[1] This addendum is in addition to the expert witness report submitted on July 7, 2022. As indicated previously, I may prepare graphic or illustrative exhibits based on the information reviewed and/or my analyses for use at trial. I reserve the right to amend my analysis, opinions, and this report should additional information be made available.

# Table of Contents

*I.*    *"Knew or Should Have Known" Standard* ........................................................ **4**

   *"Knew or Should Have Known" in General* ............................................................. **4**

   ***Empirical Support for Allegations of "Knew or Should Have Known" in TVPA/TVPRA Claims Against Law Enforcement*** ............................................................................................... **4**

   Police Interventions: Sex workers as Possible Victims of Sex Trafficking .............................. 5

   Police Interventions: Using Advertisements to Catalyze Interventions ................................. 6

   Police Interventions: Other Law Enforcement Indicia of Trafficking ................................... 8

*II.*   *"Knew or Should Have Known" in the Present Case* ........................................... **8**

   ***Knowledge of Jane Doe's Commercial Sex Advertisements and Reviews*** ........................................ 9

   ***FCPD Perceptions of Jane Doe as a Sex Worker versus Victim of Sex Trafficking*** ........................... 11

   ***Knowledge of Barbazette and Mardocco's*** ███████████ ........................................ **14**

   Defendant Mardocco ........................................................................................... 14

   Defendant Barbazette .......................................................................................... 15

   ██████ ............................................................................................................ 16

*III.*  *Summary* ......................................................................................... **20**

*IV.*   *Appendix A. Dr. Mehlman-Orozco's Updated CV* ............................................. **21**

## Table of Tables

Table 1. Barbazette Mentions █████████ During Interview                                    10
Table 2. Mentions of "Trafficking" During Barbazette Interview                             12
Table 3. Mentions of "Trafficking" During Mardocco Interview                               13
Table 4. Mentions of ████████ During Interviews of Defendants Mardocco and Barbazette      17

## Table of Figures

Figure 1. Recent RubMaps Reviews of "Green Castle Therapy" ................................. 15
Figure 2. Colonel Edwin C. Roessler, Jr. announces the receipt of $1 million dollar grant to fight human trafficking across Northern Virginia in 2013 .................................................. 20

# I. "Knew or Should Have Known" Standard

*"Knew or Should Have Known" in General*

The "knew or should have known" standard implies that there is an owed duty of care from one individual or entity to another. Generally, this standard can be met if a person:

1. Has actual knowledge;
2. Acts in deliberate ignorance; or
3. Acts in reckless disregard.

Establishing whether someone "knew or should have known" shall be based on all facts and circumstances. This standard can also be met if a person:

1. Had knowledge of sufficient facts that would lead a reasonable person to make the conclusion in question; or
2. If a reasonable person in the actor's same circumstances would make the conclusion in question, based on all the facts reasonably available to the person at the time, which include, but are not limited to:
   a. Presence of indica;
   b. Presence of disclosures; and
   c. Whether appropriate inquiries were made.

Regarding civil TVPA/TVPRA[2] claims, I am one of the leading human trafficking experts in the country. In addition to the cases listed on my CV[3], in the last five years I have been retained as a Defense expert in over three dozen civil cases that either resolved prior to the issuance of a report or deposition testimony, or where I have yet to be disclosed as an expert.

Although I have been contacted to serve as a Plaintiff expert for TVPA/TVPRA civil claims many times, this is the first case that I have elected to accept an appointment as a Plaintiff's expert.

*Empirical Support for Allegations of "Knew or Should Have Known" in TVPA/TVPRA Claims Against Law Enforcement*

Given the sworn duty of law enforcement and their authority to investigate violations of law, police officers have a unique responsibility to victims of trafficking. State-of-the-science research suggests that trafficked persons are unlikely to disclose their victimization to police and, perhaps as a result, are at high risk of erroneous criminalization. State-of-the-science research also suggests that sex trafficking crimes are clandestine. In order to address these evidence-based

---

[2] Trafficking Victims Protection Act/Trafficking Victims Protection Reauthorization Act
[3] Updated CV attached as Appendix A. Earlier report inadvertently included outdated CV from 2018 or 2019.

impediments to trafficking intervention, police officers are trained to interact with identified sex workers as possible victims of trafficking **(Expectation 1)** and police officers are trained to use publicly available material on commercial sex advertisements to catalyze anti-trafficking investigations, especially when advertisers appear to be marketing minors or are part of a network **(Expectation 2)**. Similarly, when interacting with identified sex workers, police officers are trained to ask detailed questions in attempt to determine whether there are other indicia of trafficking present; for example, have their travel/identification documents been confiscated and do they live where they work, especially with others? **(Expectation 3)**

Extant research suggests that law enforcement officers' failure to implement state-of-the-art anti-trafficking interventions, as well as correctly identify trafficking victims and investigate or intervene on trafficking crimes is primarily due to the respective **police agency's leadership perceptions**.  According to one study, which analyzed survey responses from a national sample of police agencies in the United States, less than 10% of police agencies identified human trafficking cases from 2000 to 2006. Larger agencies were more likely to identify cases of human trafficking **but the agency <u>leader</u> perception** about the problem in their local communities as well as taking steps to **prepare officers to identify and respond were the most important factors to increasing human trafficking identification by police[4].**

**Police Interventions: Sex workers as Possible Victims of Sex Trafficking**

Victims of sex trafficking have been frequently misidentified and erroneously criminalized by law enforcement for decades[5]. In order to address this issue, beginning in 2010, multiple states passed Safe Harbor laws[6] to further protect minor victims from erroneous criminalization and Vacatur Statutes[7] to provide post-conviction relief for erroneously criminalized adult victims of trafficking. Yet, despite being acutely aware of the misidentification issue in 2010, some law enforcement agencies continued to misidentify and erroneously criminalize victims of trafficking.

For example, on or about December 11, 2012, Fairfax County Police officers discovered an advertisement on Backpage.com under the "Escorts" section. After responding to the advertisement, FCPD encountered two minors, Jane Does #1 and #2, who were being sold for sex. Despite being minor victims of sex trafficking, Fairfax County Police officers then charged Jane Does #1 and #2 with prostitution, in violation of Section 18.2-346 of the Code of Virginia[8].

---

[4] Farrell, A., McDevitt, J., & Fahy, S. (2010). Where are all the victims? Understanding the determinants of official identification of human trafficking incidents. *Criminology & Public Policy*, *9*(2), 201-233.
[5] This issue was identified publicly by FCPD representative William Woolf at a Virginia State Trafficking Hearing before the House Appropriations Committee on February 26, 2014, specifically stating that one of the largest problems faced by the community of professionals working to eradicate sex trafficking is misidentification. https://www.hsdl.org/?view&did=750723
[6] Mehlman-Orozco, Kimberly. 2015. Safe Harbor Policies for Juvenile Victims of Sex Trafficking: a Myopic View of Improvements in Practice. *Social Inclusion*.
https://www.cogitatiopress.com/socialinclusion/article/view/56/pdf_15
[7] Emerson, Jessica and Alison Aminzadeh. 2016. Left Behind: How the Absence of a Federal Vacatur Law Disadvantages Survivors of Human Trafficking. University of Maryland Law Journal of Race, Religion, Gender, and Class. https://digitalcommons.law.umaryland.edu/cgi/viewcontent.cgi?article=1272&context=rrgc
[8] Charges were later dismissed by the Office of the Commonwealth's Attorney for Fairfax County, Virginia.

Fairfax County Police officers arrested one of the men selling the minors for sex, Joshua Dumas, and charged him with: (1) Aiding Prostitution or Illicit Sexual Intercourse, in violation of Section 18.2-348 of the Code of Virginia; (2) Keeping, Residing in, or Frequenting a Bawdy Place, in violation of Section 18.2-347 of the Code of Virginia; and (3) Contributing to the Delinquency of a Minor, in violation of Section 18.2-371 of the Code of Virginia. This is one example of clear misidentification by FCPD, but there are many others. After the FBI became involved, Jane Does #1 and #2 were treated as victims of sex trafficking and on or about January 11, 2013, Joshua Dumas was arrested on a Criminal Complaint charging him with Sex Trafficking of a Minor, in violation of Title 18, United States Code, Section 1591(a). See United States v. Joshua Jacquis Dumas, No. 1:12-MJ-819-TRJ. On or about March 18, 2013, Joshua Dumas pleaded guilty to Engaging in a Child Exploitation Enterprise, in violation of Title 18, United States Code, Sections 1591(a) and 2252A(g). See United States v. Joshua Jacquis Dumas, No. 1:13-CR-94-LMB.[9]

Due to this known issue of misidentification by law enforcement, anti-trafficking trainings for police often include directives to treat all identified sex workers as possible victims of sex trafficking. For example, William Woolf, the former "principal sex trafficking investigator" for the Fairfax County Police Department (FCPD), was trained that "unless otherwise proven to be a consenting participant, an adult working in the commercial sex industry should be presumed to have been trafficked i.e., made to engage, or to continue to engage, in sex work by force or threat[10]." In his declaration, Detective Woolf made it clear that he emphasized this point in his training of personnel at FCPD, consistent with expectations for other law enforcement agencies[11]. In fact, Mr. Woolf declared that "most officers within the FCPD" had been trained and understood that they were to treat local adult sex workers as if it was "virtually certain[12]" that they had been "trafficked, and forced to ply their trade by threat or violence." **Mr. Woolf named Defendants Sgt. Barbazette and Cpt. Baumstark as having direct knowledge of this fact, since they supervised Mr. Woolf's work, while he served as the "principal sex trafficking investigator" for the FCPD.**

**Police Interventions: Using Advertisements to Catalyze Interventions**

Commercial sex advertisements have been a commonly accepted tool to catalyze law enforcement investigations since about 2011, but were discussed by law enforcement leadership much earlier.

For example, the International Association for Chiefs of Police (IACP), based in Alexandria, Virginia, published The Crime of Human Trafficking: Law Enforcement Guide to Identification and Investigation on or about January 1, 2007[13], where strategies for victim identification and

---

[9] Also see United States of America v. Quintavis Deonte Dumas a.k.a. "Tay" Criminal No. 1:13-MJ-237 Affidavit in Support of a Criminal Complaint and Arrest Warrant.

[10] See Declaration of William Woolf, page 2. NOTE: This presumption is specifically appropriate for law enforcement interactions, due to the evidence-based issues with erroneous criminalization.

[11] For example, see Lt. Marc Evans who ran to the human trafficking task force in Los Angeles, believed that 90% of sex workers were trafficked. See: https://www.youtube.com/watch?v=dZnotnEG93c

[12] A commonly accepted training tactic specifically used to reduce the rate of erroneous criminalization of victims by police.

[13] https://www.theiacp.org/sites/default/files/2018-07/CompleteHTGuide.pdf

assistance were discussed. Specifically, IACP suggested that law enforcement should be on alert for **escort agencies "that advertise foreign or 'exotic' women."**

The tactic of using commercial sex advertisements and reviews to catalyze investigations was publicly recognized by FCPD as early as 2011. For example, in 2011, Virginia Representative Frank Wolf stated that local human trafficking task force in Northern Virginia **had not been responsive** to his concerns regarding sex trafficking in massage parlors[14]. Representative Wolf wrote letters to U.S. Attorney MacBride and FBI Director Robert S. Mueller, and asked the Polaris Project, an anti human trafficking non-profit, to look into Northern Virginia's erotic massage parlors.

By scanning commercial sex advertisement and review forums online, Polaris concluded there were approximately 80 suspected erotic massage parlors in Northern Virginia. Polaris, which was working with Fairfax County Police in the Northern Virginia Human Trafficking Task Force at the time, stated they felt that the circumstantial evidence contained in online advertisement and review forums was enough to "start a vigorous law enforcement probe[15]."

This tactic was reiterated in a 2011 interview with anti human trafficking non-profit Shared Hope International, where the Fairfax County Police Department reported three proactive "best practice" methods for law enforcement to identify victims and buyers:

(1) street level prostitution sweeps;
(2) buyer-targeted operations utilizing female decoys; and
(3) **monitoring websites like Craigslist.com and Backpage.com for advertisements**[16].

In fact, the FCPD representative identified Craigslist.com and Backpage.com as the two most commonly used websites to advertise victims and **"the most utilized method of victim identification".**

By 2013, various experts had used commercial sex advertisements to identify suspected "brothel networks" as an indicia of trafficking. This indicia was publicly recognized by FCPD representative William Woolf at a Virginia State Trafficking Hearing before the House Appropriations Committee on February 26, 2014. Woolf testified that victims usually remain at one brothel network for a determinate period of time, typically one week, before being relocated[17].  According to Woolf, victims trafficked in brothel networks are forced to remain onsite at the residential brothel for the duration and endure long hours, as well as inadequate and inhumane living conditions under the threat of violence to themselves or their families while engaging in commercial sex. Between 2013 to 2014, law enforcement were trained that indicia of a brothel network include:

---

[14] NOTE: Two FCPD officer Defendants in this case have admittedly procured commercial sex services from an erotic massage parlor.
[15] Jackman, Tom. 2011. NoVa's Asian massage parlors can be fronts for human sex trafficking, authorities say. The Washington Post. https://www.washingtonpost.com/blogs/the-state-of-nova/post/novas-asian-massage-parlors-can-be-fronts-for-human-sex-trafficking-authorities-say/2011/10/03/gIQAeWO6IL_blog.html
[16] http://sharedhope.org/wp-content/uploads/2012/09/VirginiaRA.pdf
[17] https://www.hsdl.org/?view&did=750723

1. A single person advertised across multiple locations;
2. One set of contact information advertised for multiple people; and/or
3. Replicated advertisement content for multiple businesses/people.

**Police Interventions: Other Law Enforcement Indicia of Trafficking**

As early as 2007, law enforcement recognized the challenges with human trafficking victim identification. For example, in their report The Crime of Human Trafficking: Law Enforcement Guide to Identification and Investigation the IACP noted that "coping or survival mechanisms may result in the victim feeling loyalty, gratitude, or dependence upon an individual related to the trafficking operation." IACP also noted that in initial contacts with law enforcement, a victim of trafficking may repeat cover stories and may not tell the truth.

Given the difficulty with identification, the International Association for Chiefs of Police suggested that law enforcement officers who encounter brothels are to "remain vigilant for the possibility of trafficking" and "ask detailed questions" to facilitate a greater assessment of the situation. According to the IACP, signs of trafficking include, but are not limited to:

1. Persons who live and work at the same place; and
2. Persons who do not maintain control over their travel identification/documents.

In 2007, IACP also noted that "cases have been successfully developed as a result of women confiding in brothel customers," which could be a source of intelligence to law enforcement.

# II.   "Knew or Should Have Known" in the Present Case

If the Defendants position is accepted as true, the Supervisory Defendants may not have had actual knowledge of Jane Doe's alleged victimization. However, the facts and circumstances of this case provide ample evidence that the Defendants,[18] more likely than not, acted in deliberate ignorance and/or reckless disregard of the Jane Doe's alleged victimization, including ignoring the presence of indicia and failing to make appropriate inquiries. If any of the Defendants[19] had timely and properly implemented policies and procedures common and reasonably accepted by law enforcement concerning human trafficking identification, investigation, and intervention, it is more likely than not that the injuries suffered by Jane Doe would have been significantly mitigated or prevented. ███████████████████████████████████████

Additionally, FCPD benefited financially from the receipt of $500,000

---

[18] All named Defendants.
[19] All named Defendants.
[20]

in federal grant money during Jane Doe's alleged trafficking victimization, which may have been jeopardized if ███████████████████████████████████ Jane Doe's victimization were exposed earlier.

*Knowledge of Jane Doe's Commercial Sex Advertisements and Reviews*

Although the Trafficking Victims Protection Act (TVPA) was passed in 2000, more than ten years later, Fairfax County Police Department did not have any training on commercial sexual exploitation.[22] In fact, although former Fairfax County Police Detective Bill Woolf was touted as a "national expert in human trafficking[23]" by 2014 and thereafter, by his own admission he "really didn't know what (human trafficking) was" when he was "thrown in" to his position in 2010 or 2011[24].

However, despite this lack of awareness and formal training, Fairfax Police still publicly recognized Craigslist.com and Backpage.com as **"the two most commonly used websites to advertise victims and the most utilized method of victim identification[25]."** In fact, the Fairfax County Police identified "monitoring websites like Craigslist.com and Backpage.com for advertisements" as a "best practice."

As such, by and before 2015, each and every police officer working for the Fairfax County Police Department knew or should have known that traffickers are known to advertise on classified advertisement websites like Craigslist.com and Backpage.com. Each and every police officer working for the Fairfax County Police Department knew or should have known that indica of trafficking, specifically for law enforcement on commercial sex advertisement websites and classified advertisement platforms include, but are not limited to:

1. A single person advertised across multiple locations;
2. One set of contact information advertised for multiple people; and/or
3. Replicated advertisement content for multiple businesses/people.

Yet, in spite of this actual knowledge, which was publicly disseminated, ████████████████ ███████████████████████████████████████████████████████

For example, "Backpage," a classified website where Jane Doe was advertised, was mentioned four times ██████████████████████████

---

[22] According Shared Hope International; http://sharedhope.org/wp-content/uploads/2012/09/VirginiaRA.pdf
[23] https://www.chathamstartribune.com/news/article_d648c088-e8e6-11e4-9655-bf884fc4d472.html?TNNoMobile
[24] Capital News Service. 2015. Virginia closes legal gap on sex trafficking.
https://rvanews.com/news/virginia-closes-legal-gap-on-sex-trafficking/124383
[25] According Shared Hope International; http://sharedhope.org/wp-content/uploads/2012/09/VirginiaRA.pdf

*Table 1. Barbazette* ███████████ *During Interview*



Jane Doe reported that her alleged trafficker posted advertisements for her three or four times per day during the weeks when she was in the United States, which occurred multiple times over the course of five years. At least one of the phone numbers used to advertise Jane Doe was used for at a minimum two other women, who were also linked to other women with additional phone numbers and email addresses. ██████████████████████████
████████████████████████████████████



police officers are expected to use publicly available material on commercial sex advertisements to catalyze anti-trafficking investigations, especially when advertisers appear to be part of a network. Jane Doe's advertisements were posted three to four times per day for hundreds of days over the course of five years, suggesting that at a minimum, all Defendants should have known about her alleged victimization prior to her reporting to the FBI. Moreover, she was advertised as a "foreign" or "exotic" woman, which, per the International Association of Chiefs of Police, should have alerted FCPD to her trafficking victimization. Any claim that the Defendants did not know appears to be based on deliberate ignorance or reckless disregard, given the clear presence of indica in her advertisements and lack of appropriate inquiries thereof.

*FCPD Perceptions of Jane Doe as a Sex Worker versus Victim of Sex Trafficking*

According to the Complaint in this case, the Plaintiff alleges that Police officials regularly derided the notion that trafficked women were victims, insisting instead that they were simply prostitutes willingly engaged in unlawful commercial activity. The Plaintiff alleges that Detective Woolf was told this and disparagingly called a "social worker" by his superiors, including, at different times, Defendants Barbazette and Baumstark, to the point that this became common terminology in the department.

*Table 2. Mentions of* ▆▆▆▆▆ *During Barbazette Interview*



*Table 3. Mentions of* ▓▓▓▓▓▓ *During Mardocco Interview*



---

[26] Although 2nd Lt. Hines repeatedly used the word prostitute or a derivative thereof to describe Spotlight, that is NOT the intent or use of the tool. Specifically, the objective of Spotlight is to improve the effectiveness and efficiency of domestic sex trafficking investigations and increase the number of children who are identified and connected with help resources.





Refusing to recognize trafficked women as victims and instead asserting they are simply "prostitutes" willingly engaged in unlawful commercial activity, reflects a deliberate ignorance and/or reckless disregard of reality. Distinguishing prostitution from sex trafficking is a procedure common and reasonably accepted by law enforcement concerning human trafficking identification, investigation, and intervention. It is more likely than not that the injuries suffered by Jane Doe would have been significantly mitigated or prevented, had any of the Defendants timely and properly distinguished prostitution from sex trafficking.







I have not received any evidence to suggest that FCPD made any effort to investigate this alleged commercial sex service provider. I conducted a cursory search on Rubmaps.ch—a website used to advertise commercial sex at massage parlors and used as a tool by law enforcement to catalyze investigations since by or before 2011. Results of the search yielded an erotic massage parlor in Manassas, near a Barnes and Noble, close to 234, by the name of "Green Castle Therapy." There have been 13 reviews of Green Castle Therapy posted on Rubmaps.ch since 2019, most recently on June 28, 2022 (see Figure 1).

*Figure 1. Recent RubMaps Reviews of "Green Castle Therapy"*



Spotlight

Instead, it is evident that Supervisory Defendants Scianna, Roessler, or Baumstark did not have Fairfax County Police subscribe to Spotlight, a free[27] tool that was launched nationwide for all law enforcement in October of 2014[28]. Fairfax County Police were aware of the tool as early as 2016[29].

Moreover, Interviewers 2nd Lt. Robert Hines and 2nd Lt. Ryan Lazisky repeatedly and erroneously discussed Spotlight in terms of a tool to combat "prostitution," as opposed to trafficking, throughout the interviews of Defendants Mardocco and Barbazette (see Table 4).

[27] Article discussing the free service from 2015: https://www.thorn.org/blog/using-tech-to-find-victims-of-child-sex-trafficking/
[28] https://www.thorn.org/blog/spotlight-helps-identify-sex-trafficking-victims-faster/
[29] In a story about Thorn and Spotlight, 2nd Lt. James Bacon, who oversees the Child Exploitation Squad for the Fairfax County Police Department (FCPD) was quoted as saying, "If you start calling random police departments asking, 'Who works human trafficking?' you're probably going to get 50 percent of agencies that say, 'Nobody.'" https://trajectorymagazine.com/modern-slavery/

*Table 4. Mentions of Spotlight During Interviews of Defendants Mardocco and Barbazette*







While Supervisory Defendants Scianna, Roessler, or Baumstark may claim that they did

they should have known before Jane Doe reported her victimization in 2019.



Ultimately, commercial sex consumerism by law enforcement is known issue/concern. According to the Plaintiff's complaint, Detective Woolf said that trafficking victims, who trusted him,

---

[30] Page 18, Mardocco Interview.

## III.   Summary

By 2013, if not earlier, the Fairfax County Police Department began accepting federal grant money to combat trafficking in persons. For example, in 2013, Fairfax County Police were awarded a total of $500,000 over two years to fund, among other things, a new Human Trafficking Unit, which was expected to take an aggressive and innovative approach to investigating and prosecuting human trafficking cases, as well as to provide a



*Figure 2. Colonel Edwin C. Roessler, Jr. announces the receipt of $1 million dollar grant to fight human trafficking across Northern Virginia in 2013*

comprehensive array of restorative services designed to meet specific victims' individual needs. At the time, Colonel Edwin C. Roessler, Jr. openly welcomed this grant[31] (see Figure 2), which was secured with the help of Detective William Woolf, who by February 2014 was portrayed publicly as a nationally recognized expert on human trafficking[32]. Yet, instead of combatting this issue, Detective Woolf declares that Defendants Sgt. Michael Barbazette and former Cpt. James Baumstark "actively discouraged his ongoing investigations of sex trafficking in Fairfax." Around the same time in 2014, Woolf was publicly quoted as stating that Fairfax County received 79 reports of human traffickers, but could only prosecute 10[33].

████████████████████████████████████████████████████████████████████████████████████████████████████████ each and every Defendant knew or should have known about Jane Doe's sex trafficking victimization. To a reasonable degree of social scientific probability, had the Defendants timely and properly implemented policies and procedures common and reasonably accepted by law enforcement concerning human trafficking identification, investigation, and intervention, it is more likely than not that the injuries suffered by Jane Doe would have been significantly mitigated or prevented.

---

[31] FCPD Public Affairs Bureau. 2013. NORTHERN VIRGINIA TASK FORCE RECEIVES $1 MILLION GRANT TO COMBAT HUMAN TRAFFICKING. Fairfax County Police Department News. https://fcpdnews.wordpress.com/2013/10/11/northern-virginia-task-force-receives-1-million-grant-to-combat-human-trafficking/

[32] For example, see https://docs.house.gov/meetings/AP/AP19/20140226/101774/HHRG-113-AP19-Bio-WoolfD-20140226.pdf

[33] https://rvanews.com/news/virginia-closes-legal-gap-on-sex-trafficking/124383

# IV.   Appendix A. Dr. Mehlman-Orozco's Updated CV

## DR. KIMBERLY B. MEHLMAN-OROZCO

(703) 362-9405 • kim@mehlmanorozco.com • www.mehlmanorozco.com

---

<u>EDUCATION</u>

**Doctor of Philosophy**                              Criminology, Law and Society
                                                     George Mason University
*Dissertation:* The "Crimmigration" Affect: An Analysis of 287(g) and Latino/a Representation in the U.S. Juvenile Justice System
*Expertise:* Human Trafficking, Human Smuggling, Immigration, Survey Methods and Systematic Review

**Master of Arts**                                    Justice, Law, and Crime Policy
                                                     George Mason University
*Thesis:* Foreign Nationals and Crime: An Exploratory Analysis of Undocumented Migrants in Northern Virginia

**Bachelor of Science**                               Administration of Justice
                                                     George Mason University

*Cum Laude*

<u>TEACHING EXPERIENCE</u>

**Surviving and Thriving Beyond Sex Trafficking** SP18
                                                     Ph.D. Research Course
                                                     Sustainability Education
                                                     Prescott College

**CRIM307 Social Inequality, Crime, and Justice** FA17
                                                     Criminology, Law and Society
                                                     George Mason University

**CRIM405 Law and Justice Around the World**     SP17, SP18
                                                     Criminology, Law and Society
                                                     George Mason University

**CRIM308 Human Rights and Justice**              FA16
                                                     Criminology, Law and Society
                                                     George Mason University

**CCJS100 Intro to Criminal Justice**             FA12-SP14
                                                     Department of Criminology & Criminal Justice
                                                     University of Maryland College Park

**CCJS370 Race and Crime**                        FA12-SP14
                                                     Department of Criminology & Criminal Justice
                                                     University of Maryland College Park

**CCJS432 Law of Corrections**                    FA12
                                                     Department of Criminology & Criminal Justice
                                                     University of Maryland College Park

**CCJS418J Foreign Nationals and Crime**

FA12-SP13
Department of Criminology & Criminal Justice
University of Maryland College Park

**CRIM490 Foreign Nationals and Crime**

SU09, SU10, SU11, SU12
Criminology, Law and Society
George Mason University

**GED, Work Place Essential Skills,
and Adult Basic Education**

SU05-SU06
Adult Detention Center
Prince William County

RESEARCH EXPERIENCE

**CEO**

FA19– Present
Break the Chain

**Executive Director**

WI18– Present
Freedom Light

**Partner/Human Trafficking Expert Witness**

FA16– WI18
Mahn, Mehlman & Associates

**Human Trafficking Subject Matter Expert**

SU16-FA17
RAND Corporation

**Executive Director/Human Trafficking Consultant**

WI12– FA16
The Justitia Institute

**Director**

FA10 – WI12
Latino Policy Institute
Roger Williams University

**Research Associate**

SU11 – WI12
Cochrane Collaboration College for Policy
George Mason University

**Lead Clinical Trials Search Coordinator**

SU10 – WI12
Justice Health Field
The Cochrane Collaboration

**Senior Research Associate**

SU08 – SU11
OJJDP Census of Juveniles on Probation
George Mason University

**Graduate Research Assistant**

SU10 – FA10
Violence and Victimization Research Division
National Institute of Justice (On Contract)
Office of Justice Programs

**Senior Fellow**

SU08 – FA10
The Lloyd Society

**Graduate Research Assistant**                    SU06 – SU08
                                                    Trinidad & Tobago Crime Reduction Project
                                                    George Mason University

**Graduate Research Assistant**                    WI07-SP07, SP08
                                                    OJJDP Vaccines for Children Project
                                                    George Mason University

## PUBLICATIONS

**Mehlman-Orozco, Kimberly B** and Greg Bristol. (2021). Suing Social Media Sites Won't Curb Sex Trafficking: Advocates. The Crime Report.

**Mehlman-Orozco, Kimberly B** and Marisa A. Trasatti.  (2021). "Does 'Nirvana' Lawsuit Undermine Struggle Against Trafficking?" The Crime Report.

**Mehlman-Orozco, Kimberly B** and Marisa A. Trasatti.  (2021). "Britney Spears, human trafficking and the law." New York Daily News.

**Mehlman-Orozco, Kimberly B**.  (2021). "The 'Racialization' of Sex Trafficking in America." The Crime Report.

**Mehlman-Orozco, Kimberly B**.  (2021). "COVID-19, the Commercial Sex Industry and Sex Trafficking." The Crime Report.

**Mehlman-Orozco, Kimberly B**.  (2019). "Jeffrey Epstein's deal with Alexander Acosta wasn't out of line with what I have seen." USA Today.

**Mehlman-Orozco, Kimberly B.** and Sheriff William D. Snyder.  (2019). "Robert Kraft spa scandal: Sex trafficking is hard to prove, that doesn't mean it's a lie." USA Today.

**Mehlman-Orozco, Kimberly B.** and William D. Snyder. (2019). "Legalizing prostitution could end sex-trafficking investigations." The Hill.

**Mehlman-Orozco, Kimberly B.** (2019). "How to Fight Sex Trafficking." Politico.

**Mehlman-Orozco, Kimberly B.** (2019). The Jihadi Next Door: How ISIS is Forcing, Defrauding, and Coercing Your Neighbor into Terrorism. SkyHorse.

**Mehlman-Orozco, Kimberly B.** (2018). "Sex trafficking bill likely to do more harm than good." The Baltimore Sun.

**Mehlman-Orozco, Kimberly B.** (2018). "Why cracking down on websites won't stop online sex trafficking." *Thomson Reuters Foundation.*

**Mehlman-Orozco, Kimberly B.** (2018). "Legislation Aiming to Stop Sex Trafficking Would Hurt Investigations." *Homeland Security Today.*

**Mehlman-Orozco, Kimberly B.** (2017). "Trafficking victims get lost under unjust criminal convictions." *The Hill.*

**Mehlman-Orozco, Kimberly B.** (2017). "Projected Heroes and Self-Perceived Manipulators: Understanding the Duplicitous Identities of Human Traffickers." *Trends in Organized Crime.*

**Mehlman-Orozco, Kimberly B.** (2017). Hidden in Plain Sight: America's Slaves of the New Millennium. ABC-CLIO/Praeger.

**Mehlman-Orozco, Kimberly.** (2017). "Why we should question the FBI's recent human trafficking sting." *Thomson Reuters.*

**Mehlman-Orozco, Kimberly.** (2017). "Decriminalize sex work to bring trafficking victims out of the shadows." *The Hill.*

**Mehlman-Orozco, Kimberly.** (2017). "Decriminalizing sex work would help bring victims out of the shadows." *The Washington Post.*

**Mehlman-Orozco, Kimberly B.** (2017). "Why the Stop Enabling Sex Traffickers Act is the Wrong Solution." *The Crime Report.*

**Mehlman-Orozco, Kimberly B.** (2017). "Identifying Victims of Human Trafficking." *Dimensions of Dental Hygiene.*

Syme, Sheryl, Camardese, Susan, and **Kimberly Mehlman-Orozco.** (2017). "Human Trafficking: Red Flags for Dental Professionals." *Decisions in Dentistry.*

**Mehlman-Orozco, Kimberly B.** (2017). "Vilifying Backpage.com won't help fight sex trafficking" *The Washington Post.*

**Mehlman-Orozco, Kimberly B.** (2017). "Child Trafficking: The Tragedy of 'Princess'" *The Crime Report.*

**Mehlman-Orozco, Kimberly B.** (2017). "To sue or not to sue third-party businesses for sex trafficking?" *Thomson Reuters Foundation.*

**Mehlman-Orozco, Kimberly B.** (2017). "Hunting the Internet's Sex Predators." *The Crime Report.*

**Mehlman-Orozco, Kimberly B.** (2017). "Will shutting down Backpage.com end the scourge of child sex trafficking in America?" *Thomson Reuters Foundation.*

**Mehlman-Orozco, Kimberly B.** (2017). "Sex Trafficking: A Surprising Rescue Story." *The Crime Report.*

**Mehlman-Orozco, Kimberly B.** (2017). "What every parent should know about sex trafficking." *Baltimore Sun.*

**Mehlman-Orozco, Kimberly B.** and Simon Hedlin**.** (2017). "Mehlman-Orozco, Hedlin: Stop criminalizing victims of sex trafficking." *The Houston Chronicle.*

**Mehlman-Orozco, Kimberly B.** (2017). "Why Do We Criminalize Young Victims of Sex Trafficking?" *The Crime Report.*

**Mehlman-Orozco, Kimberly B.** (2016). "The Plight of Sex-Trafficking Survivors." *The Gay and Lesbian Review Worldwide.*

**Mehlman-Orozco, Kimberly B.** (2016). "Sex Trafficking is often hidden in plain sight." *The Hill.*

**Mehlman-Orozco, Kimberly B.** (2016). "Will Legalized Prostitution End the Sex Trafficking Scourge?" *The Huffington Post*.

**Mehlman-Orozco, Kimberly B.** (2016). "What happens after a human trafficking victim is rescued?" *The Hill*.

**Mehlman-Orozco, Kimberly B.** (2016). "The Reality of Sex Trafficking in Washington's Red Light District." *Baltimore Sun*.

**Mehlman-Orozco, Kimberly B.** (2016). "America's Symbolic, Not Effective, Anti-Trafficking Policy. *Diplomatic Courier*.

**Mehlman-Orozco, Kimberly B.** (2016). America's Anti-Trafficking Efforts: Hollow victories for public accolade. *Connection Newspapers*: Chantilly, Centerville, Great Falls, Herndon, McLean, & Vienna.

**Mehlman-Orozco, Kimberly B.** (2016). "Sex Slaves or Prostitutes?: How Human Trafficking is Hidden in Plain Sight in America's Capital." *Diplomatic Courier*.

**Mehlman-Orozco, Kimberly B.** (2015). "Safe Harbor Legislation for Juvenile Victims of Sex Trafficking: A Myopic View of Improvements in Practice. *Social Inclusion*.

**Mehlman-Orozco, Kimberly B.** (2015). "Tor and the Bitcoin: An Exploration into Law Enforcement Surveillance Capability Online". *Diplomatic Courier*.

**Mehlman-Orozco, Kimberly B**. (2014). "Human Trafficking in the Philippines: A Blemish on Economic Growth". *Diplomatic Courier, Recovery in the Philippines*.

**Mehlman-Orozco, Kimberly B.** (2014). "Devoid of Research: An Evaluation of Human Trafficking Interventions". *Diplomatic Courier, Special Issue: Breaking the Cycle of Human Trafficking*.

Martinez, Ramiro, and **Mehlman-Orozco, Kimberly B.** (2014). "Hispanic Immigration and Crime". Oxford Handbook of Ethnicity, Crime, and Immigration. Eds. Michael Tonry and Sandra Bucerius. Oxford University Press.

**Mehlman-Orozco, Kimberly B.** (Contributing Author) (2010) "Breaking It Down: Justice, Law & Society Abstracts for Policymakers and Practitioners". *Center for Justice Law and Society*.

R<small>EPORTS</small>

**Mehlman-Orozco, Kimberly B.** (2021). Expert Witness Report. *Heidi Gilbert, Amber Means, Mandy Meloon, Gabriela Joslin, and Kay Poe, v. U.S.A Taekwondo, Inc.,* District of Colorado. 1: 18-cv-00981-CMA-MEH

**Mehlman-Orozco, Kimberly B.** (2020). Expert Witness Report. *M.B. v.  Roosevelt Inn, LLC, et al.*.

**Mehlman-Orozco, Kimberly B.** (2017). Expert Witness Report. *KEO RATHA, SEM KOSAL; SOPHEA BUN; YEM BAN; NOL NAKRY, PHAN SOPHEA; AND SOK SANG v. PHATTHANA SEAFOOD CO., LTD.; S.S. FROZEN FOOD CO., LTD.; DOE CORPORATIONS 1-5; RUBICON RESOURCES, LLC; AND WALES & CO. UNIVERSE LTD.* Case No. 16-2-28453-1 KNT.

**Mehlman-Orozco, Kimberly B.** (2017). Expert Witness Report. *State of Ohio v. Michael Moore*. CR 16-3191.

**Mehlman-Orozco, Kimberly B.** (2011). The Effects of In-State Tuition for Non-Citizens: A Systematic Review of the Evidence. *Latino Policy Institute at Roger Williams University*. http://www.rwu.edu/depository/lpi/lpi-report.pdf

**Mehlman-Orozco, Kimberly B.** (2008). Race and Reporting Burglary, Robbery, and Assault in Trinidad and Tobago. (Completed under a grant from the Trinidad and Tobago Government*)*.

SCHOLARLY PRESENTATIONS

Trasatti, Marisa and **Mehlman-Orozco, Kimberly B**. (2022). Hotel Industry and Human Trafficking. South Carolina Bar Convention.

Trasatti, Marisa and **Mehlman-Orozco, Kimberly B.** (2021). Human Trafficking Is Growing Exponentially: What your Corporation and Clients Need to Know about the Evolving Litigation Landscape. Lawyers for Civil Justice Conference.

Trasatti, Marisa, **Mehlman-Orozco, Kimberly B.**, Harvey, Brittany. (2021). Human Trafficking: The Silent Risk. RIMS Annual Conference.

Trasatti, Marisa, **Mehlman-Orozco, Kimberly B.**, Yesowitch, Irene, Vorndran, Maryann, and Miller, Graham. (2020). Training to Combat Human Trafficking at Your Commercial Premise. Cyber, Management & Professional Liability Conference.

Trasatti, Marisa, **Mehlman-Orozco, Kimberly B.**, Clark, Fran, et. al. (2020). Training to Combat Human Trafficking at your Commercial Premise– Learn the Emerging Risks, Litigation Issues and Preventative Measures. Claims and Litigation Management Alliance Conference.

Trasatti, Marisa, **Mehlman-Orozco, Kimberly B.**, Ewing, Lance. (2020). Human Trafficking: The Silent Risk. Claims and Litigation Management Alliance Conference.

**Mehlman-Orozco, Kimberly B.** (2019). Keynote Speaker: National Capital Region Threat Intelligence Consortium  (NTIC) Human Trafficking Seminar.

**Mehlman-Orozco, Kimberly B.** (2019). Law Enforcement's Role in Combating Human Trafficking and Assisting Victims. Police Executive Research Forum (PERF).

**Mehlman-Orozco, Kimberly B.** and Marisa Trasatti (2019). Human Trafficking: The Silent Risk. The RIMS (Risk Management Society) Conference.

**Mehlman-Orozco, Kimberly B.** (2019). Social Policy and Justice Panelist. Harvard College Project of Asian and International Relations. Harvard University.

**Mehlman-Orozco, Kimberly B.** (2018). Women in Homeland Security Human Trafficking Symposium Panelist. Marymount University.

**Mehlman-Orozco, Kimberly B.** (2017). Human Trafficking Symposium Panelist. Liberty University School of Law.

Martin, Favian, **Mehlman-Orozco, Kimberly**, and Wooditch, Alese. (2014). Mexican Migration to the United States: An Exploratory Study into Illegal Border Crossings. Academy of Criminal Justice Sciences. Philadelphia, PA

**Mehlman-Orozco, Kimberly B.** (2010). "Justice Health Systematic Review Methods," Presented at the annual colloquium of the Cochrane and Campbell Collaborations: Keystone, CO.

**Mehlman-Orozco, Kimberly B.** (2010). "Open Access Systematic Reviews for Juvenile Probation Information," Presented at the first annual OJJDP Probation Summit: Washington, D.C.

**Mehlman-Orozco, Kimberly B.,** Chirieleison, J., Sebold, C. M., Douds, A., Gallagher, A.M., and Gallagher, C.A. (2010). "Characteristics of Juveniles on Probation: Collecting Data from Atlantic to Pacific". Presented at the 2010 American Probation and Parole Association Conference: Washington, D.C.

**Mehlman-Orozco, Kimberly B.** (2010). "Justice Health Search Methods: PubMed and More," Presented at the International Network for Justice Health Meeting: Scottsdale, AZ.

Gallagher, C.A., Douds, A.S., **Mehlman-Orozco, Kimberly B.,** Chirieleison, J., and Olaghere, A. (2010). "Justice Health Bibliographic Data Mapping," Presented at the International Network for Justice Health Meeting: Scottsdale, AZ.

**Mehlman-Orozco, Kimberly B.** (2010). "Smuggling and the Likelihood of Detention among Undocumented Migrants," Law and Society Association Conference: Chicago, IL.

Douds, Anne S. and **Mehlman-Orozco, Kimberly B.** (2010). "FASD in Justice Facilities: What does the research tell us?", Meeting of the Interagency Coordinating Committee on Fetal Alcohol Spectrum Disorders: Rockville, MD.

Gallagher, Catherine, Taxman, Faye, Kinner, Stuart, Doyle, Jodie, Pardo-Rengifo, Monica, **Mehlman-Orozco, Kimberly B.**, Olaghere, Ajima, Royle, Nick, Gabriel Cuervo, Luis. (2009). "Knowledge mapping for research prioritization: examples from the Network for Justice Health". 17th Cochrane Colloquium, Singapore.

**Mehlman-Orozco, Kimberly B.** (2009). "Justice Health Systematic Review Methods," Presented at the International Network for Justice Health Meeting: Orlando, FL.

**Mehlman-Orozco, Kimberly B.** (2008). "Foreign Nationals and Crime: An Exploratory Analysis of Undocumented Migrants in Northern Virginia," American Society of Criminology Conference: St. Louis, MO.

OTHER PRESENTATIONS

**Mehlman-Orozco, Kimberly B.** (2018). Invited Trainer on Human Trafficking Provided to the Advancing the Business of Healthcare Medical Coding Chapter in Woodbridge, Virginia (2 CEUs).

**Mehlman-Orozco, Kimberly B.** (2018). Invited Trainer on Human Trafficking for the Canadian Police College Human Trafficking Investigator's Course, Royal Canadian Mounted Police and Halifax Regional Police, Canada.

**Mehlman-Orozco, Kimberly B.** (2018). Invited Annual Speaker for the College of Humanities and Social Sciences Degree Celebration, George Mason University.

**Mehlman-Orozco, Kimberly B.** (2018). Invited Presenter for the Well Library Honors Event, George Mason University.

**Mehlman-Orozco, Kimberly B.** (2017). Invited Training Presentation on Human Trafficking Red Flags for Prevent Abuse and Neglect through Dental Awareness (P.A.N.D.A).

**Mehlman-Orozco, Kimberly B.** (2017). Invited Guest Speaker for Human Trafficking Awareness Event with Kappa Delta Phi International Sorority, George Mason University.

**Mehlman-Orozco, Kimberly B.** (2017). Invited Guest Speaker at the Mother's Union International Conference Human Trafficking Forum.

**Mehlman-Orozco, Kimberly B.** (2017). Invited Guest Speaker at the Keeping Our Youth Safe Conference. Bernadette's House.

**Mehlman-Orozco, Kimberly B.** (2016). Invited Guest Speaker for Girls at High-Risk of Sex Trafficking. Manassas City Police Department.

**Mehlman-Orozco, Kimberly B.** (2016). Invited Guest Speaker on Human Trafficking. Woodbridge Woman's Club.

**Mehlman-Orozco, Kimberly B.** (2016). Invited Guest Speaker for TEAM Summer Quest: High-Risk Youth Diversion Program. Manassas City Police Department.

**Mehlman-Orozco, Kimberly B.** (2016). Invited Guest Speaker on Human Trafficking. Soroptimist International, Alexandria Chapter.

**Mehlman-Orozco, Kimberly B.** (2016). Invited Guest Speaker on Human Trafficking. Republican Women of Clifton.

**Mehlman-Orozco, Kimberly B.** (2016). Invited Guest Speaker on Human Trafficking in Northern Virginia. Westminster at Lake Ridge.

**Mehlman-Orozco, Kimberly B.** (2016). Keynote Speaker. Soroptimist Human Trafficking Awareness Event.

**Mehlman-Orozco, Kimberly B.** (2015). Invited Guest Speaker on Human Trafficking. Trinity Episcopal Church.

**Mehlman-Orozco, Kimberly B.** (2015). Invited Guest Speaker for TEAM Summer Quest: High-Risk Youth Diversion Program. Manassas City Police Department.

**Mehlman-Orozco, Kimberly B.** (2014). Invited Guest Speaker for TEAM Summer Quest: High-Risk Youth Diversion Program. Manassas City Police Department.

**Mehlman-Orozco, Kimberly B.** (2014). Invited Guest Speaker on Mapping Suspected Human Trafficking Networks through Advertisements. Homeland Security Investigations, DHS, Buffalo, NY.

**Mehlman-Orozco, Kimberly B.** (2013). Exhibitor. Governor's Summit on Human Trafficking. Richmond, VA.

**Mehlman-Orozco, Kimberly B.** (2013). Invited Guest Speaker on Labor Trafficking. St. Francis of Assisi Catholic Church.

**Mehlman-Orozco, Kimberly B.** (2011). Keynote Speaker. First Annual Quetzal Award Gala. Guatemalan Center of New England.

EXPERT WITNESS CASES—CONSULTATION AND/OR TESTIMONY

| | |
|---|---|
| Forthcoming | Woodhull Freedom Foundation et al. v. United States. |
| 2022 | S.Y. v. Inn of Naples Hotel LLC and Inn of Naples, LLC. Case No.: 2:20-cv-00609-JES |
| 2022 | S.Y. v. Naples Hotel Company and the Gulfcoast Inn of Naples Owners Association, Inc. 2:20-cv-00608 |
| 2022 | C.S. v. Inn of Naples Hotel, LLC and Inn of Naples, LLC 2:20-cv-00629 |
| 2022 | C.S. v. Naples Hotel Company and the Gulfcoast Inn of Naples Owners Association, Inc. 2:20-cv-00631 |
| 2022 | People of the State of California v. Diane Mirabal. Superior Court of the State of California for the County of Santa Clara. Case No.: 98312 |
| 2021-2022 | MADELYN CASILAO, HARRY LINCUNA, and ALLAN GARCIA, on behalf of themselves and all others similarly situated, Plaintiffs, v. HOTELMACHER LLC, dba HOLIDAY INN EXPRESS; STEAKMACHER, LLC, dba MONTANA MIKE'S STEAKHOUSE; SCHUMACHER INVESTMENTS, LLC, dba WATER ZOO; APEX USA, INC.; WALTER SCHUMACHER; and CAROLYN SCHUMACHER, Defendants. UNITED STATES DISTRICT COURT WESTERN DISTRICT OF OKLAHOMA Case No.: CIV-17-800-SLP |
| 2021-2022 | Jane Doe v. TRX Insurance Services, Inc and Richard Metz. United States District Court for the Eastern District of Pennsylvania. Civil Action No. 2:20-cv-04095-MMB |
| 2021-2022 | THE PEOPLE OF THE STATE OF CALIFORNIA v. RACHELE ESCHENBURG Case Number: FCR350232 |
| 2021 | Heidi Gilbert, Amber Means, Mandy Meloon, Gabriela Joslin, and Kay Poe,  v. U.S.A Taekwondo, Inc., District of Colorado |
| 2019-2021 | United States v. Matthew Woods, United States District of New Mexico |
| 2019 | United States v. Adonis Baker, United States District of New Mexico |

29

| | |
|---|---|
| 2019 | United States v. Cornelius Galloway, United States District of New Mexico |
| 2018 | RCMP Federal Serious and Organized Crime R vs. Downey & Beals C/O Human Trafficking 2016-465660, Halifax, Canada |
| 2018 | United States of America vs. Savanah April Via, U.S. District Court for the District of Arizona |
| 2018 | Commonwealth of Virginia v. Corey Cardoza, Henrico County |
| 2018 | People v. Kareem Abdur-Razzaaq, Ind. No. 3154/2013, and People v. Lemuel Skipper, Ind. No. 2409/2015, Bronx County |
| 2017-2020 | United States of America v. Miguel Scott Arnold, Terrence Hawkins, Tevin Bynoe, Emonie Murphy, and Joshua Guity-Nunez, United States District Court for the Middle District of Pennsylvania. |
| 2017- 2018 | Doe v. Subh Properties, et al., Civil Litigation, State of Maryland |
| 2017-2018 | State of Ohio v. Michael Moore, Lucas County Court |
| 2017-2018 | People of the State of California Plaintiff v. Tracy Sims Superior Court of California, County of Los Angeles |
| 2017 | Keo Ratha; Sem Kosal; Sophea Bun; Yem Ban; Nakry Phan; and Sok Sang v. Phatthana Seafood Co., Ltd; S.S. Frozen Food Co., Ltd.; Doe Corporations 1-5; Rubicon Resources, LLC; and Wales & Co. Universe, Ltd. United States District Court for the Central District of California |
| 2017 | In re: REFLEX MEDIA, INC., a Nevada corporation, Claimant, vs. VIBE MEDIA, INC. d/b/a CityVibe.com, a California corporation; SOPHIA THOMPSON, an individual; PEAKRIDGE d/b/a SugarModels.com, an Anguilla company; DANIEL ROMAN a/k/a Daniel Romanesse, an individual; ALI ASKARI, an individual; and DOES 1 through 10, inclusive |
| 2016-2017 | J.S., S.L., and L.C. v. Village Voice Media Holdings LLC, Supreme Court of the State of Washington |
| 2016-2017 | People of the State of California Plaintiff v. James Joseph, et. Al. Contra Costa County Court |
| 2016 | People of the State of California Plaintiff v. Young Kyung Cho Superior Court of California, County of Los Angeles |
| 2016 | People of the State of California Plaintiff v. Mixon-Givens Santa Clara County Court |

SELECTION OF MEDIA

| | |
|---|---|
| April 24, 2021 | CBS News. Manhattan District Attorney's office to stop prosecuting prostitution cases. |
| April 10, 2021 | Fox News. Human smugglers using social media to transport migrants to US: Reports. |
| April 4, 2021 | Forbes. Inside the $4.5 Billion Erotic Massage Parlor Economy. |
| July 4, 2020 | CBS News. Epstein's alleged accomplice Ghislaine Maxwell set to be arraigned next week. |
| January 23, 2020 | Skift. Opening Closed Doors: Can Hotels Do More to Fight Human Trafficking? |
| August 9, 2019 | ABC. This Week with George Stephanopoulos. Panel discussion on Jeffrey Epstein. |
| July 9, 2019 | CBS News. Sex trafficking expert discusses Jeffrey Epstein case and sexual abuse. |
| May 10, 2019 | Hollywood Reporter. Sex Trafficking mars the Mystique of Cannes Film Festival. |
| April 12, 2019 | The Hill. Expert says it's 'very unlikely' Robert Kraft prostitution case would yield human trafficking convictions. |
| March 21, 2019 | CBS. Robert Kraft solicitation charge puts spotlight on sex trafficking. |
| March 4, 2019 | The Washington Post. Surveillance cameras, suitcases and billionaires: How an investigation into massage parlors unfolded in Florida. |
| March 1, 2019 | USA Today. From harmful fetishes to sex trafficking, Robert Kraft case highlights risks facing Asian women. |
| February 24, 2019 | CNN. Robert Kraft allegations: A sex trafficking expert weighs in. |
| January 11, 2019 | The Seattle Times. Documentary puts new attention on R. Kelly sex allegations. |
| August 22, 2018 | The Crime Report. Backpage Founders: We're Victims of Attack on Free Speech. |
| May 5, 2018 | Delaware Online. Human Trafficking Court shut down, to be merged with other treatment courts in Delaware. |
| May 1, 2018 | Delaware Online. Despite good intentions, Delaware slow to address human trafficking. |

| | |
|---|---|
| April 24, 2018 | ABC. Will new law protect women from sex trafficking? |
| April 23, 2018 | The Ringer. How Sex Ads Became a Battleground for the Future of the Internet. |
| April 22, 2018 | Miami Herald. He pimped a minor at Santa's Enchanted Forest. He got slapped with federal prison. |
| April 13, 2018 | Yahoo Lifestyle. Women's March lambasted for criticizing shutdown of Backpage.com. |
| April 10, 2018 | Miami Herald. Florida's sex industry 'in a panic' after feds shut down notorious Backpage website. |
| April 9, 2018 | The Crime Report. With Backpage Closed, Where Will The Sex Slave Trade Go? |
| March 22, 2018 | Washington Post. Bill enabling prosecutors, victims to pursue websites that host sex traffickers heads to White House. |
| March 2, 2018 | Governing. 3 Cities Lead Fight Against Human Trafficking. |
| February 1, 2018 | Vanity Fair. The Republican Party is Having Another Todd Akin Fiasco. |
| February 1, 2018 | New York Magazine. Missouri GOP Senate Hopeful Goes Off the Deep End on the Sexual Revolution and Human Trafficking. |
| January 31, 2018 | Kansas City Star. Josh Hawley blames sex trafficking on 'sexual revolution' of 1960s in leaked audio. |
| January 25, 2018 | Homeland Security Today. Expert Delves Into Real Face of Human Trafficking: Victims and Perpetrators. |
| January 23, 2018 | Huffington Post. Study Finds More Than 9,000 Brothels Masquerading As Legit Businesses. |
| January 11, 2018 | International Business Times. Human trafficking: Why we are all guilty of supporting the modern slave trade. |
| January 8, 2018 | Majority Report Radio. America's Slaves of the New Millennium with Dr. Kimberly Mehlman-Orozco. |
| December 21, 2017 | Fast Company. Hotels Are Key In The Fight To End Human Trafficking. |
| December 12, 2017 | WNPR. The Colin McEnroe Show. Child Labor In America And Abroad. |
| November 4, 2017 | C-SPAN. Hidden in Plain Sight Book Talk. |

| | |
|---|---|
| September 22, 2017 | Gray Media. Interview by Kyle Midura. Sex Trafficking Internet Crackdown Proposal. |
| August 8, 2017 | i24 news. Interview for Stateside with David Shuster. Model allegedly kidnapped for dark web auction. |
| August 2, 2017 | Newsy. Interview for "The Why" on human trafficking on the Internet. |
| July 30, 2017 | Al Jazeera. Segment Produced by Ruairi Casey. World Day Against Human Trafficking. |
| July 25, 2017 | Fox News Radio. Interviewed by Eben Brown. "Security America" segment on human smuggling deaths in San Antonio. |
| July 25, 2017 | Dallas News. Interviewed by Sarah Mervosh. New trick of the sex trade: Pimps can use retail gift cards to buy Backpage.com ads. |
| July 24, 2017 | WJLA. Interviewed by Stephen Loiaconi. Human smuggling deaths underscore need for immigration reform, experts say. |
| July 18, 2017 | The Washington Post. Interviewed by Tom Jackman. Under attack, Backpage.com has its supporters as anti-trafficking tool. But many differ. |
| June 11, 2017 | PJ Media. Interviewed by Karl Herchenroeder. Expert Notes Gap in Human-Trafficking Laws as Senators Press for Fund Renewal. |
| April 19, 2017 | WYPR. Interviewed by Tom Hall. Misinformation Sparked #DCMissingGirls Outrage, But It Highlights Real And Overlooked Issues. |
| March 30, 2017 | CBS. Interviewed by Jennifer Earl. Mom's warning about "human trafficking" at IKEA goes viral; what you need to know. |
| March 29, 2017 | Women's Health. Interviewed by Korin Miller. This Mom Claims She Encountered Human Traffickers At IKEA And People Are Freaking Out. |
| February 10, 2017 | Miami Herald. Interviewed by David Ovalle. Florida lawsuit targets website decried as hub for human trafficking. |
| February 3, 2017 | Miami Herald. Interviewed by David Ovalle. The 'adult' section might be closed but Miami sex workers still on the job. |
| January 1, 2017 | OutSmart Magazine. Interviewed by Dr. Laura McGuire on Human Trafficking. Hidden in Plain Sight: Researcher Dr. Mehlman-Orozco Discusses the Realities of Human Trafficking. |
| February 3, 2015 | NBC. Interviewed by Tracy Connor. Shoe Bomber has 'Tactical Regrets' Over Failed American Airlines Plot. |

| | |
|---|---|
| January 19, 2015 | CNN. Interviewed by Pam Brown. 'Jihad Jane' moved by 'love' and feminine 'pride.' |
| August 15, 2013 | USA Today, Interviewed by Yamiche Alcindor. Dozens of States Pass Laws to Fight Human Trafficking. |
| June 6, 2013 | USA Today. Interviewed by Yamiche Alcindor. Blue Campaign by DHS aims to combat human trafficking. |
| August 12, 2012 | Fox 5 News (DC/MD/VA). Television interview on in-state tuition report on Maryland. Interview by reporter Shawn Yancy. |
| May 18, 2011 | Chronicle of Higher Education. Interviewed for an in-state tuition story by Katherine Mangan, "In-State Tuition for Illegal Immigrants Can Be a Plus for Both States and Students." |
| March 24, 2011 | NBC 10 (RI). Television interview on Latino population growth, "Digging Deeper: Hispanics on the Rise." |
| February 18, 2011 | The Yale Herald. Interviewed for a story on racial profiling against immigrants by police. Story by Lucas Iberico-Lozada, "East Haven Police Accused of Brutality, Racism." |
| June 2, 2010 | Style Weekly. Interviewed for a human trafficking story by Peter Galuszka, "The New Slavery: Virginia becomes haven for human trafficking." |

OTHER PROFESSIONAL TRAINING

| | | |
|---|---|---|
| **Intelligence Community Conference** | | Traffik Analysis Hub |
| Summer 2021 | Conference | |
| **Transportation Industry Against Human Trafficking** | | U.S. Department of Commerce |
| Fall 2020 | Presentation | |
| **"Freedom Together" D.C., M.D., and V.A. Regional Anti Human Trafficking Task Force Conference** | | D.C., M.D., and V.A. Task Forces |
| Spring 2018 | Conference | |
| **Virginia Forum on Human Trafficking** | | Dept. of Criminal Justice Services |
| Fall 2015 | Conference | |
| **Regional Conference of Human Trafficking Task Forces** | | DMV Anti-Trafficking Working Group |
| Fall 2015 | Conference | |
| **Maryland Freedom Conference** | | Towson University |
| Winter 2015 | Conference | |
| **Sharing Lessons, Sharing Responsibility: Combating Human Trafficking** | | Migration Policy Institute |
| Spring 2013 | Conference | |

34

**Freedom Network Annual Conference**                    Freedom Network
Spring 2013                          Conference

**Human Trafficking Panel Discussion**                   George Washington Law
Spring 2013                          Working Group

**Analytic Statistics and Meta Analysis**                Stata
Spring 2011                          Paid Training

**Systematic Review and Meta Analysis**                  GMU
Spring 2009, Fall 2010                Independent Graduate Study

**PubMed, NLMGateway, ToxNet and ClinicalTrials.gov**    National Library of Medicine
Summer 2009                         Search Certifications

**Ovid, ProQuest, and Web searches**                     AHRQ
Summer 2009                         Search Certifications

**Introduction to ArcGIS Workshops**                     George Mason University
Fall 2009-Summer 2010

**Hand Searching Systematic Review Workshop**            Cochrane Collaboration
Fall 2009                           Search Certifications

AWARDS

*Independent Publisher Award, 2019*       Silver Medal for Current Events (Jihadi Next Door).

*Independent Publisher Award, 2018*       Bronze Medal for Social Issues/Humanitarian (Hidden in Plain Sight: America's Slaves of the New Millennium).

*Dissertation Completion Award, 2012*     George Mason University, College of Humanities and Social Sciences.

*Deans Challenge, 2009*                   George Mason University, College of Humanities and Social Sciences.

SERVICE

Peer Reviewer                  Office of Justice Programs (OJP), 2020-Present

Panel of Expert Witnesses      Los Angeles Superior Court, WI2017-Present

Reviewer                       Journal of Human Trafficking, FA2014-Present

Invited Peer Reviewer          Office of Justice Programs, SP2020-Present

Volunteer                      Prince William County Police Santa Cops, WI2021

Advisory Board Member          Dressember (Anti-trafficking foundation), SP2017-SU2021

Reviewer                       Taylor & Francis Books, SP2021

| | |
|---|---|
| Reviewer | Justice Quarterly, WI2018- FA2019 |
| Advisory Board Member | Empower Her Network, FA2017- FA2019 |
| Survey Methodologist Advisor | United Against Slavery, FA2017-FA2019 |
| Member | Prince William County Human Trafficking Task Force, SU2013-SU2018 |
| Member | Prince George's County Human Trafficking Task Force, SU2012-SU2014 |
| Member and Former President | Soroptimist International of Woodbridge, FA2015-SP2018 |
| Reviewer | American Journal of Evaluation, FA2014-FA2015 |
| Member | Prince George's County Human Trafficking Task Force, SU2013-2015 |
| Reviewer | Columbia University Press, FA2013 |
| President and Founding Officer | Student Center for Immigration Research, George Mason University, FA2008 – FA2010 |
| Member | Criminology, Law & Society Student Association, George Mason University, FA2009 – WI2012 |
| Volunteer | Prince William County Jail, Classification Department, 500 hours, SP 2005 |

PROFESSIONAL MEMBERSHIP

National Society for Collegiate Scholars
Phi-Alpha Delta Pre-Law Fraternity
Alpha Chi Honors Fraternity
American Society of Criminology
National Criminal Justice Honors Fraternity
Alpha Phi Sigma Honors Society