## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Case No.: 1:21cv1150(AJT/JFA) |
| | ) |
| FAIRFAX POLICE OFFICER #1, et al., | ) |
| | ) |
|     Defendants. | ) |

### NOTICE OF HEARING

COME NOW Defendants, Michael O. Barbazette and Jason Mardocco, by counsel, and request that the clerk of court place this case on the docket on **December 9, 2022 at 10:00 a.m.**, at which time defendants, Michael O. Barbazette and Jason Mardocco will move this Honorable Court *in limine* to exclude the testimony and opinions of Plaintiff Jane Doe's expert Kimberly Mehlman-Orozoc.

                                                    **MICHAEL O. BARBAZETTE and**
                                                    **JASON MARDOCCO**
                                                    **By Counsel**

\_\_\_\_/s/_____
Heather K. Bardot, Esquire
Virginia State Bar No. 37269
McGAVIN, BOYCE, BARDOT
  THORSEN & KATZ, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030-2514
(703) 385-1000 Telephone
(703) 385-1555 Facsimile
hbardot@mbbtklaw.com
*Counsel for Defendants, Barbazette and Mardocco*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of November, 2022, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Victor M. Glasberg, #16184
Nickera S. Rodriguez, #95952
Victor M. Glasberg & Associates
121 S. Columbia Street
Alexandria, VA 22314
703.684.1100 / Fax: 703.684.1104
vmg@robinhoodesq.com
*Counsel for Plaintiff*

Kimberly P. Baucom, VSB 44419
Jamie Greenzweig, VSB 75066
12000 Government Center Parkway
Suite 549
Fairfax, Virginia 22035
(703) 324-2704 Telephone
(703) 324-2665 Facsimile
Kimberly.baucom@fairfaxcounty.gov
Jamie.Greenzweig@fairfaxcounty.gov
*Counsel for Defendants, Baumstark, Scianna,
  Roessler and Fairfax County, Virginia*

_____/s/_____
Heather K. Bardot, Esquire (VSB No. 37269)
McGAVIN, BOYCE, BARDOT,
  THORSEN & KATZ, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030-2514
(703) 385-1000 Telephone
(703) 385-1555 Facsimile
hbardot@mbbtklaw.com
*Counsel for Defendants Barbazette and Mardocco*