# UNITED STATES DISTRICT COURT
# CIVIL MOTION MINUTES

Date: **12/9/2022**  
Time: **11:03 - 1:04**

Judge: **Trenga/(JFA)**  
Reporter: **R. Montgomery**

Civil Action Number: **1:21-cv-1150**

**DOE**

V.

**FAIRFAX POLICE OFFICER #1, ET AL**

Appearances of Counsel for Plaintiff and Defendant

| Counsel for Plaintiff | Counsel for Defendant | Counsel for Interested Party |
|---|---|---|
| Victor Glasberg | Heather Bardot<br>Kimberly Baucom<br>Jamie Greenzweig | Vincent Shier<br>Aishlinn Bottini |

Motion to/for:  
[213] Motion in Limine by pltf.  
[239] Motion in Limine *to Exclude Plaintiff's Expert William Woolf* by deft.  
[259] Second Motion in Limine by pltf.  
[291] Second Motion in Limine *to Exclude Plaintiff's Expert Mehlman-Orozoco* by deft.  
[300] Motion to Amend/Correct *Complaint to Conform to Litigated Issues and Waiver of Hearing* by pltf.  
[302] Sealed Motion by deft.  
[310] Motion in Limine (*Fourth*) by deft.  
[316] Motion in Limine by deft.  

Argued and  
(  ) Granted            (  ) Denied          (  ) Granted in part/Denied in part  
(**X**) Taken Under Advisement            (  ) Continued to  

(**X**) Order to Follow