**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:21cv1150(AJT/JFA) |
| | ) | |
| FAIRFAX POLICE OFFICER #1, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**REPLY TO OPPOSITION TO FOURTH MOTION IN LIMINE OF**
**DEFENDANTS MARDOCCO AND BARBAZETTE [ECF NO. 354]**

COME NOW Defendants, Michael O. Barbazette and Jason Mardocco (collectively "B&M"), by counsel, and file their Reply to Opposition to Fourth Motion *in Limine* of Defendants Mardocco and Barbazette [ECF No. 354] as follows:

Jane Doe [Doe] filed her opposition to B&M's fourth motion *in limine* by stating only, "[t]he grounds of Doe's opposition appear in detail in her own motion *in limine* filed October 28, 2022, ECF 217, at 17-22, and Doe respectfully refers the Court and counsel to that filing for elaboration of her position." ECF No. 354. However, Doe's motion *in limine* addresses a different point than B&M's fourth motion *in limine*.

Doe's motion *in limine* , ECF No. 217, asks that the court overrule hearsay objections to introduction of (unidentified) data contained in FBI and FCPD documents. ECF No. 217, p. 18. B&M previously filed their opposition to this motion and presented argument to the court in support of their position. The parties await the court's ruling.

In contrast, B&M's fourth motion *in limine* asks that the court preclude **_any_** argument, evidence or testimony related to the FBI investigation and subsequent FCPD Internal Affairs'

1

investigations of B&M. Given rulings which the court has made to date, B&M withdraw that portion of their fourth motion *in limine* which requests that the court preclude **_any_** argument, evidence or testimony about the **FBI** investigation. This is without prejudice to B&M's ongoing objection to introduction of certain documents and/or evidence (including that referenced in Doe's motion *in limine*, ECF No. 217) from the FBI investigation file. However, B&M maintain their position that the court should, *in limine*, exclude **_any_** argument, evidence or testimony related to the FCPD Internal Affairs' investigations of B&M. B&M have fully briefed this portion of their motion, ECF No. 312, Doe has not filed an opposition which addresses the arguments raised therein, and B&M ask that their motion be granted.

**MICHAEL O. BARBAZETTE and**
**JASON MARDOCCO**
**By Counsel**

McGAVIN, BOYCE, BARDOT
  THORSEN & KATZ, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030-2514
(703) 385-1000 Telephone
(703) 385-1555 Facsimile
hbardot@mbbtklaw.com


_____/s/_____
Heather K. Bardot, Esquire
Virginia State Bar No. 37269
Counsel for Defendants, Barbazette and Mardocco

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2022, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Victor M. Glasberg, #16184
Nickera S. Rodriguez, #95952
Victor M. Glasberg & Associates
121 S. Columbia Street
Alexandria, VA 22314
703.684.1100 / Fax: 703.684.1104
vmg@robinhoodesq.com
*Counsel for Plaintiff*

Kimberly P. Baucom, VSB 44419
Jamie Greenzweig, VSB 75066
12000 Government Center Parkway
Suite 549
Fairfax, Virginia 22035
(703) 324-2704 Telephone
(703) 324-2665 Facsimile
Kimberly.baucom@fairfaxcounty.gov
Jamie.Greenzweig@fairfaxcounty.gov
Counsel for Defendants, Baumstark, Scianna,
  Roessler and Fairfax County, Virginia

McGAVIN, BOYCE, BARDOT
  THORSEN & KATZ, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030-2514
(703) 385-1000 Telephone
(703) 385-1555 Facsimile
hbardot@mbbtklaw.com


_____/s/_____
Heather K. Bardot, Esquire
Virginia State Bar No. 37269
Counsel for Defendants, Barbazette and Mardocco