IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:21cv1150(AJT/JFA) |
| ) | |
| FAIRFAX POLICE OFFICER #1, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER DISMISSING WITH PREJUDICE
COUNT I OF THIRD AMENDED COMPLAINT [ECF NO. 401]**

COMES NOW Plaintiff, Jane Doe, with the opposing parties' written consent, as required by F.R.C.P. 15(a)(1)(B)(2), and moves for entry of this order dismissing with prejudice Count I of the Third Amended Complaint; and it appearing to the court that it is proper to enter this order; it is hereby

ORDERED that Count I of the Third Amended Complaint [ECF No. 401] shall be and hereby is DISMISSED WITH PREJUDICE. This matter shall continue as to the remaining counts in the Third Amended Complaint [ECF No. 401].

/s/
_____
Anthony J. Trenga
Senior United States District Judge
Judge, Eastern District of Virginia

Date: JAN. 3, 2023