IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:21cv1150(AJT/JFA) |
| ) | |
| FAIRFAX POLICE OFFICER #1, et al., ) | |
| ) | |
| Defendants. ) | |

## VERDICT FORM

**A. Plaintiff Must Prove She is a Victim Under the TVPRA**

Do you find that the plaintiff has established by a preponderance of the evidence that she was a human trafficking victim under the TVPRA?

_____ YES          \_\_X\_\_ NO

If you have answered NO to the above question, there is nothing further for you to consider, and your foreperson should sign and date this verdict form and return it to the court.

1

**B.  Claim of Obstruction or Interference with enforcement of the TVPRA**

Do you find, as to the defendants listed below, that plaintiff has established by a preponderance of the evidence that the defendant obstructed or interfered with enforcement of the TVPRA?

As to Michael Barbazette

_____ YES       _____ NO

As to Jason Mardocco

_____ YES       _____ NO

As to James Baumstark

_____ YES       _____ NO

As to Edwin Roessler

_____ YES       _____ NO

C.  **Claim of Conspiracy to Obstruct or Interfere with enforcement of the TVPRA**

Do you find, as to the defendants listed below, that plaintiff has established by a preponderance of the evidence that the defendant conspired with Hazel Sanchez to obstruct or interfere with enforcement of the TVPRA?

As to Michael Barbazette

\_\_\_\_\_ YES          _____ NO

As to Jason Mardocco

\_\_\_\_\_ YES          _____ NO

As to James Baumstark

\_\_\_\_\_ YES          _____ NO

As to Edwin Roessler

\_\_\_\_\_ YES          _____ NO

If you have answered NO to <u>each</u> of the above questions, there is nothing further for you to consider, and your foreperson should sign and date this verdict form and return it to the court.

If you have answered YES as to any of the above questions, then you should proceed to answer the questions below, but only as to the defendant(s) for whom you provided a YES answer above.

3

### D. Statute of Limitations

On the issue of the statute of limitations, each defendant must establish by a preponderance of the evidence that he did not engage in any interference or obstruction to enforce the TVPRA or conspiracy to interfere or obstruct enforcement of the TVPRA during the period December 16, 2011 through the date on which you find that plaintiff was no longer associated with Hazel Sanchez. Do you find, as to the defendants listed below, that he has met this burden of proof:

As to Michael Barbazette

\_\_\_\_\_ YES          \_\_\_\_\_ NO

As to Jason Mardocco

\_\_\_\_\_ YES          \_\_\_\_\_ NO

As to James Baumstark

\_\_\_\_\_ YES          \_\_\_\_\_ NO

As to Edwin Roessler

\_\_\_\_\_ YES          \_\_\_\_\_ NO

4

E.   **Compensatory Damages**

You should only consider damages as to any defendant for whom you answered YES to any of the questions in sections B or C above **and** NO to the question in section D. As to such defendants, what damages, if any, has Plaintiff proved by a preponderance of the evidence that she suffered as a result of the defendant's conduct?

As to Michael Barbazette    $_____

As to Jason Mardocco        $_____

As to James Baumstark       $_____

As to Edwin Roessler        $_____

F.  **Punitive Damages**

If you have awarded compensatory damages against any Defendant, you may but are not required to award punitive damages against that Defendant. As to any such Defendant, what if any amount of punitive damages do you award?

As to Michael Barbazette    $_____

As to Jason Mardocco        $_____

As to James Baumstark       $_____

As to Edwin Roessler        $_____

**THIS IS OUR UNANIMOUS VERDICT.**

_____
Signature of Jury Foreperson

1/20/23
_____
Date